# EXHIBIT A



11/21/2017

Ms. Amanda West
Capital West Insurance
8501 N. Scottsdale Road, Suite 200
Scottsdale, AZ  85253

Re:    Civil Search International, LLC
       Policy Number: PRA 9315054-03
       Effective Date: 11/25/2017

Dear Ms. West,

Thank you for selecting our insurance program for the captioned business.  Our insurance policies have been designed specifically for staffing firms at large, and we have serviced the industry since 1965.

We are committed to providing you with the highest level of customer satisfaction possible.  If for any reason you have questions, comments or concerns, we are here for you.  Please contact your WW representative should you require assistance.

Again, thank you for your business.  We look forward to serving you.

Sincerely,

*Salvatore Corso*

Salvatore Corso
scorso@wwspi.com
Underwriter

World Wide Specialty Programs

World Wide Specialty Programs, Inc.  ·  World Wide New York Insurance Services, Inc. – CA, NH, TX
68 South Service Road, Suite 235, Melville, New York 11747  ·  631-390-0900  ·  800-245-9653  ·  FAX 631-390-0922  ·  wwspi.com



# Staffing Liability Program Claims Procedures

**Insured's Duties in Event of a Loss, Claim, or Suit:**

When you or a member of your staff are made aware of a potential claim, receive notice of a claim, or are served with suit papers, notice should be forwarded immediately
to Zurich in North America.

When reporting a claim send all relevant claim documents to Zurich via:
(There are 5 reporting methods listed below).

**1. Email: usz_carecenter@zurichna.com**

**2. Web Reporting:**

- Log on to **www.zurichna.com**

- Click on the "Claims" link and on the right side of screen click "ZNA Online Claims"

- From left side of screen, click on the type of claim that you want to report

- Follow the prompts and hit "Submit"

**3. Phone: 800-987-3373**

**4. Fax: 877-962-2567**

**5. Mail: Zurich in North America**
  **P.O. Box 49547**
  **Colorado Springs, CO 80949**

Along with the relevant claim documents, please include the following information:

- Refer to program of insurance - World Wide Staffing Services Insurance
- Policy number
- Name of Insured
- Name of Insured's contact person along with telephone & fax numbers
- Date of loss
- Type of loss
- Brief description of the loss
- Location of loss
- Claimant

## What Happens After You Report a Claim?

**Written Acknowledgment Letter:** Within 24 to 48 hours upon Zurich's receipt of the claim, Zurich will send the Insured a written letter of acknowledgement with the claims number assigned to the claim and the name and contact information of the Claims Professional assigned to adjust the claim.

**Telephone Call from the Claims Professional:** The Claims Professional assigned to the claim will contact the Insured within 1 business day of receipt of the claim to discuss the claim and further handling.

**Lawsuits:** If a lawsuit has been filed against the Insured, the Claims Professional will confirm coverage and then assign defense counsel for the Insured. Defense counsel assignment will be made from a panel list of qualified attorneys in the jurisdiction who have the relevant experience to defend claims against the staffing industry.

**General Questions:** Our clients are urged to contact us at any time during the claim process with questions or concerns.

**Margarita Hambrock, CPCU, ARe**
Compliance Manager & Actuary
**World Wide Specialty Programs Inc.**
68 South Service Road, Suite 235
Melville, NY 11747
Phone (631) 390-0900 ext 135
Phone (800) 245-9653
Fax (631) 390-0922
mhambrock@wwspi.com
www.wwspi.com



# Commercial Insurance Policy

U-GU-727-A CW (08/06)

# SANCTIONS EXCLUSION ENDORSEMENT



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement,application, enrollment form, and endorsements or riders, if any, for each coverage provided.  Policy may also be referred to as contract or agreement.

We may be referred to as insurer,underwriter, we, us, and our,or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Insured Name:**     Civil Search International, LLC
**Policy Number:**    PRA 9315054-03
**Effective Date:**   11/25/2017



## THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION
# RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA :<br>**1% of General Liability Premium, 1% of Employee Benefits Premium** |

*Any information required to complete this Schedule, if not shown above, will be shown in the quote or proposal.

**A.   Disclosure of Premium**
In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B.   Disclosure of Federal Participation in Payment of Terrorism Losses**
The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:
January1, 2015 - December 31, 2015 federal share: 85%
January1, 2016 - December 31, 2016 federal share: 84%
January1, 2017 - December 31, 2017 federal share: 83%
January1, 2018 - December 31, 2018 federal share: 82%
January1, 2019 - December 31, 2019 federal share: 81%
January1, 2020 - December 31, 2020 federal share: 80%

**C.   Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**
If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D.   Availability**
As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E.   Definition of Act of Terrorism under TRIA**
TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism :
**1.**   To be an act of terrorism;

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. To be a violent act or an act that is dangerous to human life, property or infrastructure;

3. To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an "act of terrorism" if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Common Policy Declarations



| | | | |
|---|---|---|---|
| **Policy Number:** | PRA 9315054-03 | **Renewal of:** PRA 9315054-02 | |

**Named Insured and Address:**
Civil Search International, LLC
7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

**Agency Name and Address:**
World Wide Specialty Programs, Inc.
68 South Service Road Suite 235
Melville, NY  11747

**Agency Code:** 93962000

**Policy Period:**   From: 11/25/2017   To: 11/25/2018   12:01 A.M. local time at the address shown above.

**Business Description:** Staffing Service

This insurance is provided by one or more of the stock insurance companies which are members of the Zurich-American Insurance Group.  The company providing insurance for each applicable coverage part is designated below.  The company or companies providing this insurance may be referred to in this policy as "The Company", we, us, or our.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S)**

| Coverage Part | | |
|---|---|---|
| Commercial General Liability | PREMIUM: | |
| Issued by Zurich American  Insurance Company | | |
| Employee Benefits Liability | PREMIUM: | |
| Issued by Zurich American  Insurance Company | | |
| Employment Related Practices Liability | PREMIUM: | |
| Issued by Zurich American  Insurance Company | | |
| Stop Gap Liability | PREMIUM: | |
| Issued by Zurich American  Insurance Company | | |
| Professional Liability | PREMIUM: | |
| Issued by Zurich American  Insurance Company | | |
| Abusive Acts Liability | PREMIUM: | |
| Issued by Zurich American  Insurance Company | | |
| Hired & Non-owned Auto Liability | PREMIUM: | |
| Issued by Zurich American  Insurance Company | | |
| Crime Coverage | PREMIUM: | Not Covered |
| Issued by Zurich American  Insurance Company | | |
| | TRIA PREMIUM: | |
| Total Policy Premium* | | |
| *This premium does not include Taxes or Surcharges | | |
| Taxes And Surcharges | | |

Endorsements Effective at Inception:        See **Schedule Of Forms And Endorsements**

Date issued:        11/21/2017

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S), FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



# Important Notice – In Witness Clause

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President                                                                                   Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email**: info.source@zurichna.com

---

Policy Number PRA 9315054-03

**SCHEDULE OF FORMS AND ENDORSEMENTS**

Named Insured:   Civil Search International, LLC                     Effective Date: 11/25/2017
                                                                                        12:01 A.M., Standard Time
Agent Name:       World Wide Specialty Programs, Inc.          Agent No. 93962000

---

**COMMON POLICY FORMS AND ENDORSEMENTS**

| | |
|---|---|
| U-GU-727-A CW 0806 | Cover Sheet |
| U-GU-1191-A CW 0315 | Sanctions Exclusion Endorsement |
| U-GU-630-D CW 0115 | Terrorism - Policy Disclosure Endorsement |
| U-SI-D-100-A CW 1011 | Common Policy Declarations |
| U-GU-319-F 0109 | Important Notice - In Witness Clause |
| U-GU-619-A CW 1002 | Schedule of Forms and Endorsements |
| IL 0003 0908 | Calculation of Premium |
| IL 0017 1198 | Common Policy Conditions |
| IL 0021 0908 | Nuclear Energy Liability Exclusion Endorsement |
| IL 0258 1214 | Arizona Changes - Cancellation And Nonrenewal |
| U-GU-298-B CW 0494 | Cancellation By Us (Blanket) |
| U-SI-102-A AZ 1011 | Arizona Changes - Cancellation And Nonrenewal |
| U-GU-767-B CW 0115 | Cap On Losses From Certified Acts Of Terrorism |

**GENERAL LIABILITY FORMS AND ENDORSEMENTS**

| | |
|---|---|
| U-SIL-D-100-A CW 1011 | Commercial General Liability Declarations |
| CG 0001 1207 | Commercial Liability Coverage Form |
| CG 2010 0413 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| CG 2026 0704 | Additional Insured - Designated Person Or Organization |
| CG 2037 0413 | Additional Insured - Owners, Lessees Or Contractors - Completed Operations |
| CG 2147 1207 | Employment Related Practices Exclusion |
| CG 2404 0509 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| U-GL-923-B CW 0604 | Silica Or Silica Mixed Dust Exclusion |
| U-GL-1171-A CW 0703 | Fungi Or Bacteria Exclusion Endorsement |
| U-GL-1178-A CW 0703 | Asbestos Exclusion Endorsement |
| U-GL-1250-A CW 0905 | Abuse Or Molestation Exclusion |
| U-GL-1327-B CW 0413 | Other Insurance Amendment - Primary And Non-Contributory |
| U-GL-1342-A CW 1007 | Lead Liability Exclusion |
| U-GL-1517-B CW 0413 | Recording And Distribution Of Material Or Information In Violation Of Law Exclusion |
| U-SIL-102-A CW 1011 | Designated Project Limits Of Insurance Endorsement |
| U-SIL-105-A CW 1011 | Staffing Industry Amendatory Endorsement |
| U-SIL-107-A CW 1011 | Designated Location Limits Of Insurance Endorsement |

**EMPLOYEE BENEFITS LIABILITY FORMS AND ENDORSEMENTS**

| | |
|---|---|
| U-GL-D-851-B CW 0904 | EBL - Occurrence Declarations |
| U-GL-851-B CW 0604 | EBL - Occurrence Coverage Form |
| U-GL-852-A CW 0796 | Deductible Endorsement - Occurrence |
| U-SIL-108-A CW 1011 | Employee Benefits Liability Amendatory Endorsement |

**EMPLOYMENT PRACTICES LIABILITY FORMS AND ENDORSEMENTS**

| | |
|---|---|
| U-SIL-D-101-A CW 1011 | Staffing Industry Employment Practices Liability Declarations (Claims-Made) |
| U-SIL-112-A CW 1011 | Staffing Industry Employment Practices Liability Coverage Form (Claims-Made) |

**Policy Number** PRA 9315054-03

### SCHEDULE OF FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| Named Insured: | Civil Search International, LLC | Effective Date: 11/25/2017 |
| | | 12:01 A.M., Standard Time |
| Agent Name: | World Wide Specialty Programs, Inc. | Agent No. 93962000 |

**STOP GAP FORMS AND ENDORSEMENTS**

| U-GL-274-C MU 0506 | Stop Gap Employers Liability Declarations |
|---|---|
| U-GL-274-C-1 CW 1204 | Stop Gap Employers Liability Coverage Form |

**PROFESSIONAL LIABILITY FORMS AND ENDORSEMENTS**

| U-SIL-D-103-A CW 1011 | Staffing Industry Professional Liability Declarations |
|---|---|
| U-SIL-173-A CW 1011 | Staffing Industry Professional Liability Coverage Form |
| U-SIL-181-A CW 1011 | Designated Services Exclusion |

**ABUSIVE ACTS LIABILITY FORMS AND ENDORSEMENTS**

| U-GL-D-1120-A CW 0406 | Abusive Act Liability Coverage Form Declarations |
|---|---|
| U-GL-D-1121-B CW 0608 | Schedule of Insureds |
| U-GL-1275-A CW 0406 | Abusive Acts Liability Coverage Form |
| U-GL-1354-A CW 0608 | Prior Criminal Conviction Exclusion Deletion |

**HIRED AND/OR NON-OWNED AUTO LIABILITY FORMS AND ENDORSEMENTS**

| U-SIA-D-100-B CW 0612 | Hired And/Or Non-Owned Auto Coverage Declarations |
|---|---|
| CA 0001 0310 | Business Auto Coverage Form |
| CA 0175 1013 | Arizona Changes |
| CA 0205 0514 | Arizona Changes |
| CA 0444 0310 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us (Waiver Of Subrogation) |
| CA 2048 0299 | Designated Insured |
| U-CA-531-B (2/08) | Terrorism Disclosure Notice |
| U-SIA-100-A CW 1011 | Staffing Industry Amendatory Endorsement |

U-GU-619-A CW (10/02)

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was comput-
ed based on rates in effect at the time the policy was
issued. On each renewal, continuation, or anniversary
of the effective date of this policy, we will compute the
premium in accordance with our rates and rules then
in effect.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

☐

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 02 58 12 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARIZONA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The following is added to the **Cancellation** Common Policy Condition (and applies except in situations where **B.,** below, applies):

**7. Cancellation Of Policies In Effect For 60 Days Or More**

If this Policy has been in effect for 60 days or more, or if this Policy is a renewal of a policy we issued, we may cancel this Policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Your conviction of a crime arising out of acts increasing the hazard insured against;

**c.** Acts or omissions by you or your representative constituting fraud or material misrepresentation in the procurement of this Policy, in continuing this Policy or in presenting a claim under this Policy;

**d.** Substantial change in the risk assumed, except to the extent that we should have reasonably foreseen the change or contemplated the risk in writing the contract;

**e.** Substantial breach of contractual duties or conditions;

**f.** Loss of reinsurance applicable to the risk insured against resulting from termination of treaty or facultative reinsurance initiated by our reinsurer or reinsurers;

**g.** Determination by the Director of Insurance that the continuation of the Policy would place us in violation of the insurance laws of this state or would jeopardize our solvency; or

**h.** Acts or omissions by you or your representative which materially increase the hazard insured against.

If we cancel this Policy based on one or more of the above reasons, we will mail by certified mail or by first-class mail using Intelligent Mail barcode or another similar tracking method used or approved by the United States Postal Service to the first Named Insured, and mail to the agent, if any, written notice of cancellation stating the reason(s) for cancellation. We will mail this notice to the last mailing addresses known to us, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 45 days before the effective date of cancellation if we cancel for any of the other reasons.

IL 02 58 12 14

© Insurance Services Office, Inc., 2014

Page 1 of 3

Wolters Kluwer Financial Services | Uniform Forms™

**B.** If the Commercial Property Coverage Part, Capital Assets Program (Output Policy) Coverage Part or the Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form provides coverage for:

**1.** Real property which is used predominantly for residential purposes and consists of one through four dwelling units; and/or

**2.** Personal property (except business or farm personal property) of a person residing in such real property;

the following provisions apply (instead of those provided in Item **A.** above) with respect to cancellation of such coverage:

If this Policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Your conviction of a crime arising out of acts increasing the hazard insured against;

**c.** Acts or omissions by you or your representative constituting fraud or material misrepresentation in obtaining the Policy, continuing the Policy or presenting a claim under the Policy;

**d.** Discovery of grossly negligent acts or omissions by you substantially increasing any of the hazards insured against;

**e.** Substantial change in the risk assumed by us, since the Policy was issued, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

**f.** A determination by the Director of Insurance that the continuation of the Policy would place us in violation of the insurance laws of this state; or

**g.** Your failure to take reasonable steps to eliminate or reduce any conditions in or on the insured premises which contributed to a loss in the past or will increase the probability of future losses.

If we cancel this Policy based on one or more of these reasons, we will mail written notice of cancellation, stating the reason(s) for cancellation, to the first Named Insured. We will mail this notice to the last mailing address known to us, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation, if we cancel for any of the other reasons.

**C.** The following is added and supersedes any provision to the contrary (and applies except in situations where **D.,** below, applies):

**Nonrenewal**

**1.** If we elect not to renew this Policy, we will mail by certified mail or by first-class mail using Intelligent Mail barcode or another similar tracking method used or approved by the United States Postal Service to the first Named Insured, and mail to the agent, if any, written notice of nonrenewal. We will mail this notice to the last mailing addresses known to us at least 45 days prior to the expiration of this Policy.

**2.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** If either one of the following occurs, we are not required to provide written notice of nonrenewal:

**a.** We or a company within the same insurance group has offered to issue a renewal policy; or

**b.** You have obtained replacement coverage or agreed in writing to do so.

**4.** If written notice of nonrenewal is mailed less than 45 days prior to expiration of this Policy, and neither **3.a.** nor **3.b.** applies, the coverage shall remain in effect until 45 days after the notice is mailed. Earned premium for any period of coverage that extends beyond the expiration date of this Policy shall be considered pro rata based upon the previous year's rate.

**D.** If the Commercial Property Coverage Part, Capital Assets Program (Output Policy) Coverage Part or the Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form provides coverage for:

**1.** Real property which is used predominantly for residential purposes and consists of one through four dwelling units; and/or

**2.** Personal property (except business or farm personal property) of a person residing in such real property;

the following provisions apply (instead of those provided in Item **C.** above) with respect to nonrenewal of such coverage:

**1.** If we elect not to renew, we will mail written notice of nonrenewal to the first Named Insured. We will mail this notice to the last mailing address known to us, at least 30 days before the end of the policy period. Proof of mailing will be sufficient proof of notice.

**2.** If either one of the following occurs, we are not required to provide notice of nonrenewal:

    **a.** You have agreed to nonrenewal; or

    **b.** You have accepted replacement coverage.

**3.** If our nonrenewal is based on the condition of the premises, you will be given 30 days' notice to remedy the identified conditions. If the identified conditions are remedied, coverage will be renewed. If the identified conditions are not remedied to our satisfaction, you will be given an additional 30 days, upon payment of premium, to correct the defective conditions.

**E.** The following condition is added:

**Renewal**

**1.** If we elect to renew this Policy and the renewal is subject to any of the following:

    **a.** Increase in premium;

    **b.** Change in deductible;

    **c.** Reduction in limits of insurance; or

    **d.** Substantial reduction in coverage;

we will mail or deliver written notice of the change(s) to the first Named Insured, at the last mailing address known to us, at least 30 days before the anniversary or expiration date of the Policy.

**2.** If renewal is subject to any condition described in **1.a.** through **1.d.** above, and we fail to provide notice 30 days before the anniversary or expiration date of this Policy, the following procedures apply:

    **a.** The present policy will remain in effect until the earlier of the following:

        **(1)** 30 days after the date of mailing or delivery of the notice; or

        **(2)** The effective date of replacement coverage obtained by the first Named Insured.

    **b.** If the first Named Insured elects not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the following rates:

        **(1)** The rates applicable to the terminated policy; or

        **(2)** The rates presently in effect.

    **c.** If the first Named Insured accepts the renewal, the premium increase, if any, and other changes are effective the day following this Policy's anniversary or expiration date.

© Insurance Services Office, Inc., 2014

Endorsement #

# Cancellation By Us



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

**Named Insured and Mailing Address:**
Civil Search International, LLC
7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

**Producer:**
World Wide Specialty Programs, Inc.
68 South Service Road
Suite 235
Melville, NY  11747

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided by the following:

**Boiler and Machinery Coverage Form**
**Business Auto Coverage Form**
**Commercial Crime Coverage Form**
**Commercial General Liability Coverage Form**
**Commercial Inland Marine Coverage Form**
**Commercial Property Coverage Form**
**Farm Coverage Form**
**Garage Coverage Form**
**Liquor Liability Coverage Form**
**Motor Carrier Coverage Form**
**Pollution Liability Coverage Form**
**Products/Completed Operations Liability Coverage Form**
**Truckers Coverage Form**

<b>SCHEDULE</b>

**Number of Days' Notice:** 30

Any person or organization with whom you have agreed to provide 30 days prior written notice of cancellation, as identified on the list of such persons or organizations that is currently on file with the company

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph 2, of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Signed by: 

_____
Authorized Representative

12/11/2017
_____
Date

# Arizona Changes – Cancellation And Nonrenewal

**ZURICH**®

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Staffing Industry Crime Coverage Form (Discovery Form)**
**Staffing Industry Crime Coverage Form (Loss Sustained Form)**
**Staffing Industry Employment Practices Liability Coverage Form (Claims-Made)**
**Staffing Industry Professional Liability Coverage Form**
**Staffing Industry Professional Liability Coverage Form (Claims-Made)**

**A.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Your conviction of a crime arising out of acts increasing the hazard insured against;

**c.** Acts or omissions by you or your representative constituting fraud or material misrepresentation in the procurement of this policy, in continuing this policy or in presenting a claim ("claim") under this policy;

**d.** Substantial change in the risk assumed, except to the extent that we should have reasonably foreseen the change or contemplated the risk in writing the contract;

**e.** Substantial breach of contractual duties or conditions;

**f.** Loss of reinsurance applicable to the risk insured against resulting from termination of treaty or facultative reinsurance initiated by our reinsurer or reinsurers;

**g.** Determination by the Director of Insurance that the continuation of the policy would place us in violation of the insurance laws of this state or would jeopardize our solvency; or

**h.** Acts or omissions by you or your representative which materially increase the hazard insured against.

If we cancel this policy based on one or more of the above reasons, we will mail by certified mail to the first Named Insured, and mail to the agent, if any, written notice of cancellation stating the reasons for cancellation. We will mail this notice to the last mailing addresses known to us, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**b.** 60 days before the effective date of cancellation if we cancel for any of the other reasons.

**B.** The following Conditions are added and supersede any provision to the contrary:

**1. Nonrenewal**

**a.** If we elect not to renew this policy, we will mail by certified mail to the first Named Insured, and mail to the agent, if any, written notice of nonrenewal. We will mail this notice to the last mailing addresses known to us at least 60 days prior to the expiration of this policy.

**b.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**c.** If either one of the following occurs, we are not required to provide written notice of nonrenewal:

**(1)** We or a company within the same insurance group has offered to issue a renewal policy; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **(2)** You have obtained replacement coverage or agreed in writing to do so.

**2. Renewal**

  **a.** If we elect to renew this policy and the renewal is subject to any of the following:

    **(1)** Increase in premium;

    **(2)** Change in deductible;

    **(3)** Reduction in limits of insurance; or

    **(4)** Substantial reduction in coverage;

  we will mail or deliver written notice of the change(s) to the first Named Insured, at the last mailing address known to us, at least 60 days before the anniversary or expiration date of the policy.

  **b.** If renewal is subject to any condition described in **a.(1)** through **a.(4)** above, and we fail to provide notice 60 days before the anniversary or expiration date of this policy, the following procedures apply:

    **(1)** The present policy will remain in effect until the earlier of the following:

      **(a)** 60 days after the date of mailing or delivery of the notice; or

      **(b)** The effective date of replacement coverage obtained by the first Named Insured.

    **(2)** If the first Named Insured elects not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the following rates:

      **(a)** The rates applicable to the terminated policy; or

      **(b)** The rates presently in effect.

    **(3)** If the first Named Insured accepts the renewal, the premium increase, if any, and other changes are effective the day following this policy's anniversary or expiration date.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| Civil Search International, LLC | PRA 9315054-03 | 11/25/2017 | |

*Any information required to complete this Schedule, if not shown above, will be shown in the quote or proposal.

**A.   Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B.   Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January 1, 2015 - December 31, 2015 federal share: 85%
January 1, 2016 - December 31, 2016 federal share: 84%
January 1, 2017 - December 31, 2017 federal share: 83%
January 1, 2018 - December 31, 2018 federal share: 82%
January 1, 2019 - December 31, 2019 federal share: 81%
January 1, 2020 - December 31, 2020 federal share: 80%

**C.   Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D.   Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E.   Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.**   To be an act of terrorism;

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. To be a violent act or an act that is dangerous to human life, property or infrastructure;

3. To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an "act of terrorism" if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Commercial General Liability Declarations



**Policy Number:**  PRA 9315054-03

Item 1.  Insured by the stock company below and hereinafter call the Company:
Zurich American Insurance Company
Administrative Office
1400 American Ln
Schaumburg, IL 60196
(800) 382-2150

Item 2.  **Named Insured:**                          **Agency Name:**

Civil Search International, LLC             World Wide Specialty Programs, Inc.

**Agency Code:**  93962000

Item 3.  **Policy Period:**    From: 11/25/2017 To: 11/25/2018 12:01 A.M. local time at the address shown above.

Item 4.  **Limits of Insurance**

| | | |
|---|---|---|
| General Aggregate Limit | $   2,000,000 | |
| Products-Completed Operations Aggregate Limit | $   2,000,000 | |
| Each Occurrence Limit | $   1,000,000 | |
| Damage To Premises Rented To You Limit | $   100,000 | Any one premises |
| Medical Expense Limit | $   10,000 | Any one person |
| Personal And Advertising Injury Limit | $   1,000,000 | Any one person or organization |

Item 5.  **Annual Premium**  ████████
This premium does not include Taxes or Surcharges

Item 6.  Endorsements Effective at Inception:      See **Schedule Of Forms And Endorsements**

Date issued:    11/21/2017

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2006

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

  **a. Knowing Violation Of Rights Of Another**

  "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

  **b. Material Published With Knowledge Of Falsity**

  "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

  **c. Material Published Prior To Policy Period**

  "Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

  **d. Criminal Acts**

  "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

  **e. Contractual Liability**

  "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

  **f. Breach Of Contract**

  "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

  **g. Quality Or Performance Of Goods – Failure To Conform To Statements**

  "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

  **h. Wrong Description Of Prices**

  "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

  **i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

  "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

  However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

  **j. Insureds In Media And Internet Type Businesses**

  "Personal and advertising injury" committed by an insured whose business is:

    **(1)** Advertising, broadcasting, publishing or telecasting;

    **(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

© ISO Properties, Inc., 2006

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2006

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

  **(1)** Products that are still in your physical possession; or

  **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

  **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured.

  **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

  **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

  **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    **(a)** You;

    **(b)** Others trading under your name; or

    **(c)** A person or organization whose business or assets you have acquired; and

  **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

  **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      **(2)** The providing of or failure to provide warnings or instructions.

Case 9:24-cv-81343-DMM Document 1-1 Entered on FLSD Docket 10/25/2024 Page 42 of 136

POLICY NUMBER: PRA 9319054-03

COMMERCIAL GENERAL LIABILITY
CG 20 10 0413

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - scheduled person or organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s); | Location(s) Of Covered Operations |
|---|---|
| Great Southwestern Construction Inc. | Owner, Owners Representative<br>100 Topeka Way<br>Castle Rock, CO  80109 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or
2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© Insurance Services Office, Inc., 2012

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: PRA 9319054-03

COMMERCIAL GENERAL LIABILITY
CG 20 10 0413

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - scheduled person or organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s); | Location(s) Of Covered Operations |
|---|---|
| **Pike Electric, LLC** | 100 Pike Way<br>Mount Airy, NC  27030 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:  PRA 9315054-03

**COMMERCIAL GENERAL LIABILITY**
**CG 20 26 07 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - DESIGNATED
# PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) |
| --- |
| **Any person or organization who you are required to add as an additional insured on this policy under a contract or agreement shall be an insured, but only with respect to that person's or organization's liability arising out of your operations as a "Staffing Service" or premises owned by or rented to you.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

**CG 20 26 07 04**        © ISO Properties, Inc., 2004        **Page 1 of 1**

POLICY NUMBER:  PRA 9315054-03

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s); | Location And Description Of Completed Operations |
|---|---|
| Great Southwestern Construction Inc.<br>Owner, Owners Representative<br>Castle Rock, CO  80109 | Jobsite/Project Name:<br><br><br><br>Duties: |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

POLICY NUMBER:  PRA 9315054-03

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s); | Location And Description Of Completed Operations |
|---|---|
| Pike Electric, LLC<br>100 Pike Way<br>Mount Airy, NC  27030 | Jobsite/Project Name:<br><br><br><br>Duties: |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".
However:
**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and
**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**
If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:
**1.** Required by the contract or agreement; or
**2.** Available under the applicable Limits of Insurance shown in the Declarations;
whichever is less.
This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

**COMMERCIAL GENERAL LIABILITY**
**CG 21 47 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Wolters Kluwer Financial Services | Uniform Forms™

**POLICY NUMBER:**    PRA 9315054-03

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY
# AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| **Name Of Person Or Organization:** |
| Any person or organization with whom you have a written contract or written agreement which is executed before a "staffing services" "occurrence" to waive your rights of recovery. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV - Conditions:**
We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

# Silica or Silica Mixed Dust Exclusion



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2017 | 11/25/2017 | 93962000 | | |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**
**Products-Completed Operations Liability Coverage Part**

The following additional exclusion is added to **2. Exclusions** of **Section I. Coverages**:

**2.    Exclusions**

This insurance does not apply to:

**Silica or Silica Mixed Dust**

A.  "Bodily injury", "property damage"   or   "personal and advertising injury" caused directly or indirectly, in whole or in part, by  the actual, alleged or threatened inhalation, ingestion, absorption, exposure to, existence of or presence of "silica"; or

B.  Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any manner responding to or assessing the effects of "silica" by any insured or by any other person or entity.

C.  For the purposes of this exclusion, the following definition applies:

"Silica" means:

(1)  Any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica mixed or combined with dust or other particles; or

(2)  Synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica-flour.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Fungi Or Bacteria Exclusion Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:
**Commercial General Liability Coverage Part**

The following exclusion is added to paragraph **2. Exclusions** of **Section I. - Coverage A - Bodily Injury And Property Damage Liability** and paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability**:

**2.    Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

A.    "Bodily injury", "property damage" or "personal and advertising injury " caused directly or indirectly by the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any:

   1.    "Fungi"or "bacteria"; or

   2.    Substance, vapor or gas produced by or arising out of any "fungi" or "bacteria".

B.    Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

C.    For the purposes of this exclusion, the following definitions are added:

   1.    "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, "spores", scents or byproducts produced or released by fungi.

   2.    "Spores" means reproductive bodies produced by or arising out of  "fungi".

   3.    "Bacteria" means any type or form of bacteria and any materials or substances that are produced or released by bacteria.

This exclusion does not apply to any "fungi"or "bacteria" that are, are on, or are contained in, an edible good or edible product intended for human or animal consumption.

U-GL-1171-A CW (7/03)

Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Asbestos Exclusion Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2017 | 11/25/2017 | 93962000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following exclusion is added to paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and **Coverage B - Personal And Advertising Injury Liability:**

**2.    Exclusions**

This insurance does not apply to:

**Asbestos**

**A.**    "Bodily injury", "property damage" or "personal and advertising injury" arising out of or which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to the injury or damage; or

**B.**    Any sums that any insured or other entity must pay, repay or reimburse because of any:

1.    Request, demand, order, statutory or regulatory requirement, direction or determination   that any insured or   others test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

2.    Claim   or "suit"  for damages arising out of or relating in any way to any request, demand, order, statutory or regulatory requirement, direction or determination  that any insured or   others  test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

**C.**    Any other loss, cost or expense arising out of or relating in any way to asbestos.

U-GL-1178-A CW (07/03)

Page 1 of 1

Includes copyrighted material of Insurance Services Office , Inc. with its permission.

# Abusive Act Liability Exclusion



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2017 | 11/25/2017 | 93962000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.**  The following exclusion is added to paragraph **2. Exclusions** of **Section I-Coverage A-Bodily Injury And Property Damage Liability** and paragraph **2. Exclusions** of **Section I-Coverage B-Personal And Advertising Injury Liability**:

    **1.**  This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of or relating in any way to an "abusive act"; or

    **2.**  Any loss, cost or expense arising out of or relating in any way to an "abusive act".

**B.**  For purposes of this endorsement, the following additional definition applies:

    **1.**  "Abusive act" means any act or series of acts of actual or threatened abuse or molestation done to any person, including any act or series of acts of actual or threatened sexual abuse or molestation done to any person by anyone who causes or attempts to cause the person to engage in a sexual act:

        **a.**  Without the consent of or by threatening the person, placing the person in fear or asserting undue influence over the person;

        **b.**  If that person is incapable of appraising the nature of the conduct or is physically incapable of declining participation in or communicating unwillingness to engage in the sexual act; or

        **c.**  By engaging in or attempting to engage in lewd exposure of the body done with intent to arouse or to satisfy the sexual desire of any person.

U-GL-1250-A CW (09/05)

Includes copyrighted material of ISO Properties, Inc., with its permission
Copyright, ISO Properties, Inc., 2003

# Other Insurance Amendment - Primary And Non-Contributory



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**Named Insured:**  Civil Search International, LLC

**Address (including ZIP Code):**      7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

1.  The following paragraph is added to the Other Insurance Condition of Section **IV - Commercial General Liability Conditions**:

    This insurance is primary insurance to and will not seek contribution from any other insurance available to an additional insured under this policy provided that:

    **a.**   The additional insured is a Named Insured under such other insurance ; and
    **b.**    You are required by a written contract or written agreement that this insurance would be primary and would not seek contribution from any any other insuranceavailable to the additional insured.

2.  The following paragraph is added to Paragraph **4.b.** of the Other Insurance Condition of Section **IV - Commercial General Liability Conditions**:

    This insurance is excess over:

    Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured , in which the additional insured on our policy is also covered as an additional insured on another policy providing coverage for the same "occurrence", offense, claim or "suit".  This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office , Inc. with its permission.

# Lead Liability Exclusion



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2017 | 11/25/2017 | 93962000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following exclusion is added to Paragraph **2. Exclusions,** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions,** of **Coverage B - Personal And Advertising Injury Liability:**This insurance does not apply to:

**Lead**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of, resulting from, caused by or related to: the actual, alleged or threatened:

    **(a)** Exposure to or existence of lead, paint containing lead, or any other material, product  or substance containing lead; or

    **(b)** Manufacture, distribution, sale, resale, re-branding, installation, repair, removal, encapsulation, abatement, replacement or handling of lead, paint containing lead, or any other material, product or substance containing lead,

    whether the lead is or was at any time airborne, ingested, inhaled, absorbed, transmitted in any fashion, or found in any form whatsoever, or whether any other cause, event, material, product or substance contributed concurrently or in any sequence to the injury or damage.;

**(2)** Any sums that any insured or other entity must pay, repay or reimburse because of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, sample, monitor, clean up, remove, abate, cover, contain, treat, mitigate, or neutralize lead, paint containing lead, or any other material, product or substance containing lead, or in any way respond to, or assess the effects of lead in any form; or

    **(b)** Claim or "suit" for damages relating to testing for, sampling, monitoring, cleaning up, removing, abating, covering, containing, treating, mitigating, or neutralizing lead, paint containing lead, or any other material, product or substance containing lead or in any way responding to or assessing the effects of lead in any form .

**(3)** Any other loss, cost or expense arising out of, caused by or relating in any way to lead.

# Recording And Distribution Of Material Or Information In Violation Of Law Exclusion



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2017 | 11/25/2017 | 93962000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

**A.** Exclusion **q. Recording And Distribution Of Material Or Information In Violation Of Law** of Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

    **2. Exclusions**

        This insurance does not apply to:

        **q. Recording And Distribution Of Material Or Information In Violation Of Law**

        "Bodily injury" or "property damage" directly or indirectly arising out of or based upon any action or omission that violates or is alleged to violate:

        **(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

        **(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

        **(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

        **(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, or any other legal liability, at common law or otherwise, that addresses, prohibits, or limits the printing, dissemination, disposal, monitoring, collecting, recording, use of, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p. Recording And Distribution Of Material Or Information In Violation Of Law** of Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability** is replaced by the following:

    **2. Exclusions**

        This insurance does not apply to:

        **p. Recording And Distribution Of Material Or Information In Violation Of Law**

        "Personal and advertising injury" directly or indirectly arising out of or based upon any action or omission that violates or is alleged to violate:

        **(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

        **(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

        **(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

        **(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, or any other legal liability, at common law or otherwise, that addresses, prohibits, or limits the printing, dissemination, disposal, monitoring, collecting, recording, use of, sending, transmitting, communicating or distribution of material or information.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Designated Project Limits Of Insurance Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

Named Insured and Mailing Address:
Civil Search International, LLC
7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

Producer:
World Wide Specialty Programs, Inc.
68 South Service Road
Suite 235
Melville, NY  11747

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Form**

### SCHEDULE

| | |
|---|---|
| Combined Total Designated Project Aggregate Limit: | $ 5,000,000 |
| Designated Project Aggregate Limit: | $ 2,000,000 |

Designated Project(s):

Any project for which you have agreed, pursuant to a contract, to provide a separate Designated Project Aggregate Limit for that "project", except where such contract is prohibited by law.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 9:24-cv-81343-DMM   Document 1-1   Entered on FLSD Docket 10/25/2024   Page 59 of 136

**A.** The Combined Total Designated Project Aggregate Limit shown in the Schedule above is the most we will pay for the sum of all damages caused by "occurrences" under Section **I** - Coverage **A**, and for medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to ongoing operations at all designated "projects" shown in the Schedule above.

**B.** Subject to Paragraph **A.** above, for all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A**, and for all medical expenses caused by accidents under. Section **I** - Coverage **C**, which can be attributed only to ongoing operations at a single designated "project" shown in the Schedule above:

  **1.** A separate Designated Project Aggregate Limit applies to each designated "project", and that limit is the amount shown in the Schedule as the Designated Project Aggregate Limit.

  **2.** The Designated Project Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Project Aggregate Limit for that designated "project" and the Combined Total Designated Project Aggregate Limit. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Project Aggregate Limit for any other "project".

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Project Aggregate Limit.

C. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A**, and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to ongoing operations at a single designated "project":

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit shown in the Declarations, whichever is applicable; and

2. Such payments shall not reduce:

   a. any Designated Project Aggregate Limit; or

   b. the Combined Total Designated Project Aggregate Limit.

D. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce:

   a. the General Aggregate Limit;

   b. the Designated Project Aggregate Limit; or

   c. the Combined Total Designated Project Aggregate Limit.

E. For the purposes of this endorsement, the **Definitions** section is amended by the addition of the following definitions:
"Project" means the operations you perform pursuant to a contract, as shown in the Schedule. It includes collectively , all premises, other than premises owned by or rented to you, on which you are performing operations that are set forth in the applicable contract pertaining to such "project". If the applicable "project" has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same "project".

F. The provisions of Section **III - Limits Of Insurance** not otherwise modified by this endorsement shall continue to apply as stipulated.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Staffing Industry Amendatory Endorsement



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Form**

**A. Section I – Coverages, Coverage A Bodily Injury And Property Damage Liability** is amended as follows:

  **1.** Exclusion **g.** is replaced by the following:

    **g. Aircraft, Auto Or Watercraft**

    "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

    This exclusion does not apply to:

    **(1)** A watercraft while ashore on premises you own or rent;

    **(2)** A watercraft you do not own that is:

      **(a)** Less than 51 feet long; and

      **(b)** Not being used to carry persons or property for a charge;

    **(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

    **(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of any aircraft or watercraft;

    **(5)** Liability assumed under any "insured contract" for the maintenance or "loading or unloading" of an "auto"; or

    **(6)** "Bodily injury" or "property damage" arising out of:

      **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

      **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

  **2.** Exclusion **j.** is replaced by the following:

    **j. Damage To Property**

    "Property damage" to:

    **(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

    **(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

    **(3)** Property loaned to you;

    **(4)** Personal property in the care, custody or control of the insured;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

     **(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

     **(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III – Limits Of Insurance**.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to:

     **(a)** Liability assumed under a sidetrack agreement;

     **(b)** "Property damage" to property rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by your "employee", "volunteer worker" or intern while that person is performing "staffing services" for your clients; or

     **(c)** Liability arising out of services performed by any individual or organization under written contract or written agreement with you who provides "staffing services" on your behalf and at your direction for your clients.

Paragraphs **(4)**, **(5)** and **(6)** do not apply to "property damage" arising out of "staffing services".

3. The following exclusions are added to Paragraph **2. Exclusions**:

**Actions Or Activities Of PEO Worker**

    "Bodily injury" or "property damage" arising from the actions or activities of any "PEO worker".

**Professional Services Exclusion**

    "Bodily injury" or "property damage" due to the rendering of or failure to render any professional service.  This exclusion does not apply to your liability for "bodily injury" or "property damage" arising out of your "employee's" providing or failing to provide professional health care services to another of your "employees", but no "employee" is an insured for his or her providing or failure to provide such professional health care services.

**Wrongful Acts**

    "Bodily injury" or "property damage" arising from a wrongful act in the rendering or failure to render services to or for your client.

    For the purposes of this exclusion, wrongful act shall mean any actual or alleged act, error, or omission, misstatement, or misleading statement in the course of providing "staffing services" to your clients by you or by any person for whose acts you are legally responsible.

**B.** **Section I – Coverages, Coverage B Personal And Advertising Injury Liability** is amended as follows:

1. Exclusion **k.** does not apply.

2. Exclusions **a.**, **b.**, **e.**, **f.**, **g.**, **h.**, **i.**, **l.**, and **p.** do not apply to any insured who did not personally acquiesce in or remain passive after having personal knowledge of such conduct. Our obligation to pay shall begin once the full extent of the assets of the responsible insured has been exhausted and once the Deductible as shown in the Declarations of the policy has been satisfied.

3. The following exclusions are added to Paragraph **2. Exclusions**:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Actions Or Activities Of PEO Worker**

"Personal and advertising injury" arising from the actions or activities of any "PEO worker".

**Professional Services Exclusion**

"Personal and advertising injury" due to the rendering of or failure to render any professional service.

**Wrongful Acts**

"Personal and advertising injury" arising from a wrongful act in the rendering or failure to render services to or for your client.

For the purposes of this exclusion, wrongful act shall mean any actual or alleged act, error, or omission, misstatement, or misleading statement in the course of providing "staffing services" to your clients by you or by any person for whose acts you are legally responsible.

**C.  Section I – Coverages, Supplementary Payments – Coverages A And B** is amended as follows:

Paragraph **1.d.** is replaced by the following:

**d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**D.  Section II – Who Is An Insured** is replaced by the following:

**SECTION II – WHO IS AN INSURED**

**1.**  If you are designated in the Declarations as:

**a.**  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.**  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.**  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.**  An organization, other than an individual, partnership, joint venture or limited liability company, you are an insured.  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.**  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.**  Each of the following is also an insured:

**a.**  Your "volunteer workers" or interns only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees", "volunteer workers" or interns are insureds for:

**(1)**  "Bodily injury" or "personal and advertising injury":

**(a)**  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" or interns while performing duties related to the conduct of your business;

**(b)**  To the spouse, child, parent, brother or sister of that co-"employee", "volunteer worker" or intern as a consequence of Paragraph **(1)(a)** above;

**(c)**  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **(d)** Arising out of his or her providing or failing to provide professional health care services.

  **(2)** "Property damage" to property:

    **(a)** Owned, occupied or used by,

    **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", "volunteer workers", interns, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    However, your "employee", "volunteer worker" or intern is an insured for "property damage" to property rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by your "employee", "volunteer worker" or intern while that person is performing "staffing services" for your clients.

**b.** Any person (other than your "employee", "volunteer worker" or intern), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

  **(1)** With respect to liability arising out of the maintenance or use of that property; and

  **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**e.** Any individual or organization under written contract or written agreement with you who provides "staffing services" on your behalf and at your direction for your clients.

**f.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

  **(1)** "Bodily injury" to an insured if another insured is driving the equipment; or

  **(2)** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**g.** Any person or organization who you are required to add as an additional insured on this policy under a contract or agreement shall be an insured, but only with respect to that person's or organization's liability arising out of your operations as a "staffing service" or premises owned by or rented by you.

  This Paragraph **g.** shall include but is not limited to any specifically scheduled additional insured shown on an Additional Insured endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**E.** **Section IV – Commercial General Liability Conditions** is amended as follows:

1. Paragraph **2.a.** is replaced by the following:

   **2.** **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   You will not be considered to have knowledge of an "occurrence" or an offense which may result in a claim until:

   **(1)** If you are an individual, you or your Risk Manager,

   **(2)** If you are a corporation, your Corporate Officer or your Risk Manager,

   **(3)** If you are a partnership or joint venture, your partner or member, or your Risk Manager,

   **(4)** If you are a limited liability company, your member or your Risk Manager,

   is aware of such loss or "occurrence".

2. The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us**:

   However, if any insured is required by a written contract or written agreement which is executed before a "staffing services" "occurrence" to waive their rights of recovery from others, we agree to waive our rights of recovery.

3. The following Condition is added:

   **Liberalization**

   If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**F.** **Section V – Definitions** is amended as follows:

1. The definition of "coverage territory" is replaced by the following:

   "Coverage territory" means anywhere in the world.

2. The definition of "employee" is replaced by the following:

   "Employee" includes but is not limited to a "leased worker" and a "staffing services worker". "Employee" does not include a "temporary worker" or a "PEO worker".

3. The following definitions are added:

   **a.** "PEO service" means staffing related services as a Professional Employer Organization (PEO) you provide to your clients and to "PEO workers" in connection with employment of such workers.

   **b.** "PEO worker" means a person you lease to your client under a written "PEO service" agreement or contract.

   **c.** "Staffing services" means services provided by a staffing company to their clients including but not limited to:

   **(1)** Staffing related administrative services provided by an Administrative Services Organization (ASO);

   **(2)** "PEO service";

   **(3)** Staffing related services provided to your clients for the recruitment, selection and placement of a person for employment with a client.

   **(4)** Temporary, contingent or contract placement services;

   **(5)** Vendor Management Service (VMS), means the facilitation, purchase and management of "staffing services" for clients including the placement and fulfillment of orders for "staffing services workers";

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **(6)** Services performed on behalf of your client by a "staffing services worker" who is not a direct hire or permanent placement;

    **(7)** Services performed for a client company to supply that client company with a "staffing services worker".

  **d.** "Staffing services worker" means a person who is furnished by you to your client to perform the duties to which you have agreed.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Designated Location Limits Of Insurance Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

Named Insured and Mailing Address:
Civil Search International, LLC
7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

Producer:
World Wide Specialty Programs, Inc.
68 South Service Road
Suite 235
Melville, NY  11747

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Form**

**SCHEDULE**

| | |
|---|---|
| Combined Total Designated Location Aggregate Limit: | $ 5,000,000 |
| Designated Location Aggregate Limit: | $ 2,000,000 |

Designated Location(s):

The Designated Location Aggregate Limit shown above applies separately to each of your "locations" owned by or rented to you.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**A.** The Combined Total Designated Location Aggregate Limit shown in the Schedule above is the most we will pay for the sum of all damages caused by "occurrences" under Section **I** - Coverage **A**, and for medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to ongoing operations at all designated "locations" shown in the Schedule above.

**B.** Subject to Paragraph **A.** above, for all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A**, and for all medical expenses caused by accidents under. Section **I** - Coverage **C**, which can be attributed only to ongoing operations at a single designated "location" shown in the Schedule above:

1. A separate Designated Location Aggregate Limit applies to each designated "location", and that limit is the amount shown in the Schedule as the Designated Location Aggregate Limit.

2. The Designated Location Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location Aggregate Limit for that designated "location" and the Combined Total Designated Location Aggregate Limit. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location Aggregate Limit for any other "location".

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location Aggregate Limit.

**C.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A**, and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to ongoing operations at a single designated "location":

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit shown in the Declarations, whichever is applicable; and

2. Such payments shall not reduce:

   **a.** any Designated Location Aggregate Limit; or

   **b.** the Combined Total Designated Location Aggregate Limit.

**D.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce:

   **a.** the General Aggregate Limit;

   **b.** the Designated Location Aggregate Limit; or

   **c.** the Combined Total Designated Location Aggregate Limit.

**E.** For the purposes of this endorsement, the **Definitions** section is amended by the addition of the following definitions: "Location" means premises owned by or rented to you, as shown in the Schedule, involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**F.** The provisions of Section **III - Limits Of Insurance** not otherwise modified by this endorsement shall continue to apply as stipulated.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EMPLOYEE BENEFITS LIABILITY COVERAGE PART- OCCURRENCE DECLARATIONS**

Policy Number:PRA 9315054-03

Named Insured: Civil Search International, LLC

Policy Period:     Coverage begins 11/25/2017 at 12:01 A.M.;     Coverage ends 11/25/2018 at 12:01 A.M.

Producer Name: World Wide Specialty Programs, Inc.                              Producer No. 93962000

**Item 1.** Limits of Insurance

$     2,000,000    Aggregate Limit
$     1,000,000    Each Act, Error or Omission Limit

**Item 2.** Form of Business:
☐  Individual   ☐  Partnership   ☐  Joint Venture   ☒  Corporation
☐  Other

**Item 3.** Premium Schedule:

| Code No. | Premium Basis (Estimated Number of Employees) | Rate | | Advance Premium |
|---|---|---|---|---|
| | 98 | $ | Per Employee | $ |
| | | $ | Flat Charge | $ ▇▇▇▇▇ |

Total Advance Premium For This Coverage Part ▇▇▇▇▇

Audit Period: ☐  Annual   ☐  Semi-annual   ☐  Quarterly   ☐  Monthly

**Forms And Endorsements Applicable To This Coverage Part:**

SEE SCHEDULE OF FORMS AND ENDORSEMENTS.



# Employee Benefits Liability - Occurrence Coverage Form

**This Coverage Form provides *occurrence* coverage.  Please read the entire form carefully.**

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us", and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotes have special meaning.  Refer to the Definitions Section.

## Section I. Coverage - Employee Benefit Liability

1. **Insuring Agreement**

   A.  We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error, or omission of the "insured" in the "administration" of the "insured's" "employee benefit programs".  We will have the right and duty to defend the "insured" against any suit seeking those damages.  However, we will have no duty to defend the "insured" against any "suit" seeking damages for any act, error, or omission for which this insurance does not apply.  We may, at our discretion, investigate any claim and settle any "suit" that may result; but:

   1.  The amount we pay for damages is limited as described in Section II. - Limits of Insurance of this Coverage Part; and

   2.  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Employee Benefit Liability coverage.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments of this Coverage Part.

   B.  This insurance applies to an act, error or omission only if:

   1.  The act, error, or omission takes place in the "coverage territory";

   2.  The "insured" had no knowledge of and could not have reasonably foreseen any circumstances which might result in a claim or "suit"; and

   3.  The act, error, or omission occurs during the policy period.

2. **Exclusions**

   This insurance does not apply to any:

   A.  "Bodily injury", "property damage" or "personal and advertising injury";

   B.  Any "claim" or "suit" arising out of any dishonest, fraudulent, criminal or malicious act;

   C.  Any "claim" or "suit" arising out of  discrimination or humiliation;

   D.  Any "claim" or "suit"  arising out of an insurer's or other provider's failure to perform its contract;

   E.  Any "claim" or "suit" arising out of your failure to comply with any workers compensation, unemployment insurance, social security, or disability benefits law;

   F.  Any "claim" or "suit" arising out of the failure of any of your "employee benefit plans" to meet obligations due to insufficient funds;

   G.  Any "claim" or "suit" arising out of:

   a.  Advice given to any person to participate or not participate in a plan or program included in "employee benefit programs";

**b.** The appointment of, or failure to appoint, any investment manager, administrator, trustee, actuary, advisor, counsel, accountant, custodian, or consultant;

**c.** Any investment activity, including the management, administration, or disposition of assets of your "employee benefit programs"; or

**d.** Failure of any investment to perform as represented by any "insured".

**H.** Any "claim" or "suit" arising out of an "Insured's" liability as a fiduciary under:

**a.** The Employee Retirement Income Security Act of 1974 (PL93-406) and its amendments; or

**b.** The Internal Revenue Code of 1986 (including the Internal Revenue Code of 1954) and its amendments.

### 3. Supplementary Payments

We will pay, in addition to the applicable Limits of Insurance, with respect to any claim we investigate or settle or "suit" we defend:

**A.** All expenses incurred by us, all costs taxed against the "insured" in any "suit" defended by us, and all interest on the full amount of any judgment which accrues after entry of the judgment and before we have paid or tendered or deposited in court, that part of the judgment which does not exceed the limit of our liability.

**B.** Premiums on appeal bonds required and on bonds to release attachments in any "suit". We do not have to furnish these bonds.

**C.** All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**D.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

## II. Limits of Insurance

**A.** The Limits of Insurance shown in the Declarations and the rules below establish the most we will pay regardless of the number of:

**(1)** "Insureds";

**(2)** Claims made or "suits" brought; or

**(3)** "Employees" or dependents or beneficiaries of "employees" making claims or bringing "suits".

**B.** The Aggregate Limit is the most we will pay for all damages because of all "claims" or "suits" arising from the "administration" of your "employee benefit programs" during the policy period.

**C.** Subject to the Aggregate Limit provisions in **B.** above, the Each Act, Error, or Omission Limit is the most we will pay for all damages sustained by any one "employee", including the "employee's" dependents and beneficiaries, because of acts, errors, or omissions committed in the "administration" of your "employee benefit programs".

**D.** The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## III. Conditions

### A. Bankruptcy

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of our obligations.

### B. Duties in the Event of an Act, Error, Omission, Claim or Suit

**(1)** Regardless of whether the loss exceeds any applicable deductible amount, you must see to it that we are notified as soon as practicable of any act, error, or omission which may result in a claim. To the extent possible, notice should include:

**a.** How, when, and where the act, error, or omission took place;

**b.** The names and addresses of any injured "employee", dependents, or beneficiaries of any "employee" and witnesses.

**(2)** If a claim is received by any "insured", you must:

**a.** Immediately record the specifics of the claim and the date received; and

**b.** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim as soon as practicable.

**(3)** You and any other involved "insured" must:

**a.** Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

**b.** Authorize us to obtain records and other information;

    **c.** Cooperate with us in the investigation, settlement, or defense of the claim or "suit"; and

    **d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of injury to which this insurance may also apply.

**(4)** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**C. Legal Action Against Us**

No person or organization has a right:

**(1)** To join us as a party or otherwise bring us into a "suit" asking for damages from an "insured"; or

**(2)** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an "insured" obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the "insured", and the claimant or the claimant's legal representative.

**D. Other Insurance**

**(1)** This Coverage Part is primary insurance, except when stated, to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which applies to the loss on an excess or contingent basis, the amount of our liability under this Coverage Part shall not be reduced because of such other insurance.

**(2)** When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess, or contingent, we shall not be liable for a greater proportion of the loss than that stated in the applicable contribution provision below:

    **a. Contribution by Equal Shares**

    If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

    **b. Contribution by Limits**

    If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each

insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**E. Separation of Insureds**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**(1)** As if each Named Insured were the only Named Insured; and

**(2)** Separately to each "insured" against whom claim is made or "suit" is brought.

**F. Transfer Of Rights Of Recovery Against Others To Us**

If the "insured" has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The "insured" must do nothing after loss to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

**IV. Definitions**

**A.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**(1)** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**(2)** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**B.** "Administration" means:

**(1)** Counseling "employees", including their dependents and beneficiaries, with respect to "employee benefit programs";

**(2)** Handling records in connection with "employee benefit programs"; or

**(3)** Effecting or terminating an "employee's" participation in a plan included in "employee benefit programs".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**D.** "Coverage territory" means:

**(1)** The United States of America (including its territories and possessions), Puerto Rico, and Canada; or

**(2)** All parts of the world if the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **D. (1)** above, or in a settlement to which we agree.

**E.** "Employee" means:

Your officers and employees, whether actively employed, disabled, or retired.

**F.** "Employee benefit programs" mean:

Group life insurance, group accident or health insurance, profit sharing plans, pension plans, employee stock subscription plans, workers compensation, unemployment insurance, salary continuation plans, social security, disability benefits insurance, savings plans, vacation plans, or any other similar plans or programs.

**G.** "Insured" means:

You and any of your partners, executive officers, directors, members, stockholders or "employees", provided such "employee" is authorized to act in the "administration" of your "employee benefit programs".

**H.** "Personal and advertising injury" means:

Injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**(1)** False arrest, detention, or imprisonment;

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from wrongful entry into, or invasion of the right of private occupancy of, a room, dwelling, or premises that a person occupies by or on behalf of its owner, landlord, or lessor;

**(4)** Oral or written publication, in any manner, of material that slanders or libels a person or organ-

ization or disparages a person's or organization's goods, products, or services; or

**(5)** Oral or written publication,' in any manner, of material that violates a person's right of privacy;

**(6)** The use of another's advertising idea in your "advertisement"; or

**(7)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**I.** "Property damage" means:

**(1)** Physical injury to tangible property, including all resulting loss of use of that property.

**(2)** Loss of use of tangible property that is not physically injured.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications, software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**J.** "Suit" means:

A civil proceeding in which damages to which this insurance applies is alleged. "Suit" includes:

**(1)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**(2)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

# Deductible Endorsement - Occurrence



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Employee Benefits Liability Coverage Part**

It is agreed that the following deductible provisions are added to the policy as respects Employee Benefit Liability Coverage Part

**Deductible:      $ 1000**

1.  The deductible amount stated above shall be deducted from the amount of all claims arising out of the same act, error, or omission. We shall be liable only for the difference between such deductible amount and the amount of insurance otherwise applicable on a per act, error, or omission basis. The Aggregate Limit will not be reduced by the application of such deductible.

2.  The terms of this Coverage Part apply regardless of the application of the deductible amount. This includes those terms with respect to:

    a.  Our rights and duties with respect to the defense of "suits"; and

    b.  The "insured's" duties in the event of an act, error, or omission or a claim or "suit."

3.  We may pay any part or all of the deductible amount to effect settlement of any claim or "suit". You shall promptly reimburse us for such part of the deductible amount as has been paid by us after we notify you of our action.

# Employee Benefits Liability Amendatory Endorsement

 **ZURICH**®

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Employee Benefits Liability – Occurrence Coverage Form**

**A.** The following exclusion is added to Paragraph **2. Exclusions** in Section **I. Coverage – Employee Benefit Liability**:

This insurance does not apply to any:

Claim or "suit" arising out of any "employee benefit programs" you administer or provide to your clients for a fee.

**B.** Subparagraph **C.** in Section **I. Coverage – Employee Benefit Liability**, Paragraph **3. Supplementary Payments** is replaced by the following:

**C.** All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**C.** The following is added to subparagraph **(1)** in Section **III. Conditions**, Paragraph **B. Duties In The Event Of An Act, Error, Omission, Claim or Suit**

You will not be considered to have knowledge of an act, error or omission which may result in a claim until your Corporate Officer or your Risk Manager is aware of such act, error or omission.

**D.** Section **IV. Definitions** is amended as follows:

**1.** The following is added to definition **E.** "Employee":

"Employee" includes but is not limited to a "leased worker".  "Employee" does not include a "temporary worker" or a "PEO worker".

**2.** The following definitions are added:

**a.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker" or a "PEO worker".

**b.** "PEO service" means staffing related services as a Professional Employer Organization (PEO) you provide to your clients and to "PEO workers" in connection with employment of such workers.

**c.** "PEO worker" means a person you lease to your client under a written "PEO service" agreement or contract.

**d.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

All other terms, conditions, provisions and exclusions of this policy remain the same.

# Staffing Industry Employment Practices Liability Declarations (Claims-Made)



**THIS IS A CLAIMS-MADE POLICY.  THIS INSURANCE DOES NOT APPLY TO "CLAIMS" ARISING OUT OF A "WRONGFUL EMPLOYMENT ACT" OR "WRONGFUL BUSINESS ENVIRONMENT" WHICH OCCUR BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.  PLEASE READ THE ENTIRE COVERAGE FORM CAREFULLY.**

**THE PAYMENT OF "DEFENSE COSTS" REDUCES THE LIMITS OF LIABILITY.**

This insurance is provided by:

Zurich American Insurance Company
Administrative Office
1400 American Ln
Schaumburg, IL 60196
(800) 382-2150

(A stock insurance company)

**Policy Number:** PRA 9315054-03          **Renewal of:** PRA 9315054-02

Item 1. **Named Insured and Address:**

Civil Search International, LLC
7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

**Agency Name and Address:**

World Wide Specialty Programs, Inc.
68 South Service Road, Suite 235
Melville, NY  11747

**Agency Code:** 93962000

Item 2. **Policy Period:** From: 11/25/2017 To: 11/25/2018 12:01 A.M. local time at the address shown above.

Item 3. **Retroactive Date** (Enter date or "None" if no Retroactive Date applies): 11/25/2014

Item 4. **Form of Business:**  ☐Individual   ☒Corporation   ☐Partnership   ☐Joint Venture   ☐LLC   ☐Other

Item 5. **Limits of Liability**
A. $     2,000,000     Total Policy Period Limit
B. $     2,000,000     Each "Claim" Limit

Item 6. **Deductible**    $ 25,000 Each "Wrongful Employment Act" Or "Wrongful Business Environment"

Item 7. **Coinsurance Percentage** N/A% of  "Loss" for Each "Claim"

Item 8. **Annual Premium**    ███████████
This premium does not include Taxes or Surcharges

Item 9. **Endorsements Effective at Inception:**          See **Schedule of Forms and Endorsements**

BY ACCEPTANCE OF THIS POLICY, YOU AGREE THAT THE STATEMENTS IN THE DECLARATIONS AND THE APPLICATION AND ANY ATTACHMENTS HERETO ARE YOUR AGREEMENTS AND REPRESENTATIONS AND THAT THIS POLICY EMBODIES ALL AGREEMENTS EXISTING BETWEEN YOU AND US OR ANY OF OUR REPRESENTATIVES RELATING TO THIS INSURANCE.

# Staffing Industry Employment Practices Liability Coverage Form (Claims-Made)



**THIS FORM PROVIDES COVERAGE ON A CLAIMS MADE BASIS.**
**PLEASE READ THE ENTIRE FORM CAREFULLY.**

**THE LIMITS OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED FOR "DEFENSE COSTS". AMOUNTS INCURRED FOR "DEFENSE COSTS" SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout the policy, the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN INSURED**.

Words and phrases that appear in quotations have special meaning. Refer to **SECTION IX - DEFINITIONS**.

## SECTION I – COVERAGE

### A. Insuring Agreement

1. Subject to all of the terms, limitations, conditions, definitions, exclusions, and other provisions of this policy, we will pay on behalf of the insured all "loss" that the insured is legally obligated to pay because of a "wrongful employment act" or "wrongful business environment" to which this insurance applies. The amount we will pay is limited as described in the Declarations and in the sections of this policy dealing with **Defense And Settlement**, **Limits Of Liability**, **Coinsurance**, **Deductible**, and **Other Insurance**.

2. This policy applies only if:

   a. A "claim" because of a "wrongful employment act" or "wrongful business environment" is first made and reported against any insured during the policy period or any extended reporting period we provide under this policy; and

   b. The "wrongful employment act" or "wrongful business environment" from which the "claim" arises did not happen or commence prior to the retroactive date shown in the Declarations or after the policy period has ended.

   The retroactive date shown in the Declarations cannot be advanced without the written consent of the first Named Insured.

3. A "claim" shall be considered to be made at the time when written notice of such "claim" is received and recorded by any insured or by us, whichever comes first.

### B. Defense And Settlement

1. We have the right and duty to defend any "claim" because of a "wrongful employment act" or "wrongful business environment" to which this insurance applies, even if the allegation is groundless, false or fraudulent. We have the right and duty to select defense counsel.

2. Our duty to defend any "claim" ends when the Limits of Liability applicable to that "wrongful employment act" or "wrongful business environment" or to the policy period have been exhausted.

3. We have the right to investigate and, with the consent of the first Named Insured, settle up to the applicable Limits of Liability any "claim" in the manner and to the extent we, in our sole discretion, deem proper. Upon receipt by us of notice of circumstances which are likely to give rise to a "claim", we also have the right to investigate and make such a settlement even before a "claim" is made.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

4.  If the Total Policy Period Limit is exhausted, we will notify the insured of all outstanding "claims" that have been reported to us and to which this insurance may apply, so that the insured can assume control of the defense of all such "claims".

5.  In the event of exhaustion of the Each "Claim" Limit or the Total Policy Period Limit, so that a transfer of the control of the defense from us to you becomes appropriate, we agree to continue the defense of the "claims" during that reasonable period of time necessary for you to assume control of the defense.  However, you agree that, by so doing, we do not waive or surrender any of our rights including the right to withdraw from the defense of such "claims".  You also agree to promptly reimburse us for the expenses we incur in continuing to conduct the defense during the transition period from the time the applicable Limits of Liability were exhausted until the time you have assumed such defense.  The first Named Insured and any other insured must cooperate with us in the transfer of control of such "claims" to you.  We have no duty to defend any "claim" if such "claim" is reported to us after the applicable Limit of Liability has been exhausted.

6.  We shall not settle any "claim" without your consent, which consent should not be unreasonably withheld.  If you refuse to consent to any settlement recommended by us, and acceptable to the claimant, and elect to further contest the "claim", our liability for such "claim" shall not exceed, subject to the Limit of Liability, 150% of the amount for which the "claim" could have been settled including "defense costs" incurred up to the date of such refusal.  A condition of this insurance that the remaining "loss" and "defense costs" in excess of the 150% of the amount for which the "claim" could have been settled and any amounts in excess of the Limit of Liability shall be borne by you at your own risk and be uninsured.  Notwithstanding the foregoing, this paragraph shall not apply until the settlement amount exceeds the Deductible amount shown in the Declarations.  If you refuse to settle, once the total "defense costs" equal 150% of the amount for which the "claim" could have been settled, subject to the Limit of Liability, plus all "defense costs" incurred up to the time we made our recommendation, we shall have the right to withdraw from the further investigation and defense thereof by tendering control of such investigation or defense to you and you agree, as a condition of the issuance of this policy, to accept such tender.  The amount of "loss" we will pay is limited as described in the Declarations and in the sections of this policy dealing with **Defense And Settlement**, **Limits Of Liability**, **Coinsurance**, **Deductible** and **Other Insurance**.

7.  "Defense costs" are not in addition to but rather are included within and subject to the Limits of Liability and any applicable Deductible.

## C.  Other Benefits

### 1.  Pre-judgment Interest

We shall pay the entire amount of pre-judgment interest imposed on a verdict.

### 2.  Post-judgment Interest

We shall pay the entire amount of post-judgment interest calculated upon the amount for which we are liable under this Coverage Form until such time as we have paid or tendered such amount.

Payment of pre-judgment and post-judgment interest will not reduce the Limits of Liability.

## SECTION II – WHO IS AN INSURED

**A.**  If you are shown in the Declarations as an individual, you and your spouse are insureds, only for the conduct of a business of which you are the sole owner.

**B.**  If you are shown in the Declarations as a corporation or organization other than a partnership, joint venture or limited liability company, you and any entity in which you own more than 50% interest at the time of the inception date of this policy and which is identified in the Declarations or by endorsement to this policy, are an insured. Your officers and directors are insureds, but only with respect to their duties as your officers or directors.

**C.**  If you are shown in the Declarations as a partnership or joint venture, you are an insured.  Your partners or your members and their spouses are also insureds but only for the conduct of your business. However, no person or organization is covered for the conduct of any current or past partnership or joint venture not named in the Declarations.

**D.**  If you are shown in the Declarations as a limited liability company, you are an insured.  Your members are also insureds, but only with respect to the conduct of your business.  Your managers are insureds, but only with respect to their duties as your managers.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**E.** Any organization that you newly acquire or form during the policy period is an insured if you have controlling interest, but no newly acquired or formed organization is covered for:

**1.** Any "loss" that results from an act or incident that happened or commenced before you acquired or formed it;

**2.** Any "loss" covered under other insurance; or

**3.** More than 90 days or the remainder of the policy period, whichever is less, unless the first Named Insured gives us written acceptance of any special terms, conditions, exclusions, or additional premium charge we may require.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**F.** Your "employees" are insureds but only for the conduct of your business within the scope of their employment.  Your "employees'" status as insureds will be determined as of the date of the alleged "wrongful employment act" or "wrongful business environment".

**G.** Your clients are insureds, but only with respect to:

**1.** Their "wrongful employment acts" committed against your "employees" pursuant to your agreement with that client; and

**2.** A "staffing services worker's" acts committed while in the service of your client that result in a "wrongful business environment".

**H.** Any individual or organization under written contract or written agreement who provides "staffing services" on your behalf and at your direction for your clients.

## SECTION III – EXCLUSIONS

This insurance does not apply to:

**A.** **Physical Injury Or Property Damage**

Any liability arising out of:

**1.** Physical injury, sickness or disease, including death resulting therefrom; or

**2.** Damage to tangible property, including all resulting loss of use of that property or loss of use of tangible property that is not damaged.

**B.** **Workers' Compensation**

Any obligation under a workers' compensation, disability benefits, or unemployment compensation law, or any similar law.

**C.** **Contractual Liability**

Any "loss" which the insured is obligated to pay by reason of the assumption of another's liability for a "wrongful employment act" or "wrongful business environment" in a contract or agreement.  This exclusion shall not apply to liability for "loss" because of a "wrongful employment act" or "wrongful business environment" that the insured would have had even in the absence of such contract or agreement.

**D.** **Violation Of Law Applicable To Employers**

Any "loss" based on or arising out of or attributable to any actual or alleged violation of the responsibilities, obligations or duties imposed by:

**1.** Any law governing workers' compensation, unemployment insurance, social security or disability benefits;

**2.** The Employee Retirement Income Security Act (ERISA) of 1974, (except Section 510 thereof);

**3.** The Fair Labor Standards Act (except the Equal Pay Act) and any other law concerning wage and hour practices, including but not limited to any "claim" for off-the-clock work, failure to provide rest or meal periods, failure to reimburse expenses, improper classification of "employees" as exempt or non-exempt, failure to timely pay wages, conversions, unjust enrichment, or unfair business practices;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

4.  Any law governing the rights of "employees" to engage in, or to refrain from engaging in, union or other collective activities, including but not limited to the National Labor Relations Act (NLRA), or the enforcement of any collective bargaining agreement;

5.  The Workers Adjustment and Retraining Notification Act (WARN Act);

6.  The Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985;

7.  The Occupational Safety and Health Act (OSHA);

8.  The Racketeer Influenced and Corrupt Organizations Act (RICO);

9.  The Federal False Claims Act;

10. Any other federal, state, local or foreign law similar to those described in this subsection including any law prohibiting retaliatory acts or treatment against an "employee"; however this exclusion shall not be applied against an insured who did not participate in the retaliatory act, nor was aware of it or its illegal nature.

**E. Strikes And Lockouts**

Any "loss" arising out of or associated with a lockout, strike, picket line, replacement, or other similar action in connection with labor disputes or labor negotiations. This exclusion shall not apply to a "claim" brought by an "employee" alleging "wrongful termination" or retaliation as a result of strike activity or union involvement.

**F. Accommodations For Disabled Persons**

A "wrongful employment act" or "wrongful business environment" arising out of your failure to comply with any of the accommodations for the disabled required of you by, or any expenses incurred as the result of physical modifications made to accommodate any person pursuant to, the Americans With Disabilities Act, or any amendments thereto, or any similar state or local statutes, rules or regulations to the extent that they prescribe responsibilities or duties concerning the same acts or omissions.

**G. Uninsurable Losses**

Any liability for matters deemed uninsurable under the law pursuant to which the terms of the policy are construed.

**H. Criminal, Fraudulent Or Malicious Acts**

Any liability arising out of any dishonest, fraudulent, criminal or malicious act by or at the direction of the insured.

**I. Prior Knowledge**

Any liability arising out of incidents or circumstances of which you had knowledge prior to the policy effective date shown in the Declarations, and which you could reasonably foresee might result in a "claim".

## SECTION IV – LIMITS OF LIABILITY

**A.** The Limits of Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

1.  Insureds;

2.  "Claims" made; or

3.  Persons or organizations making "claims".

**B. Total Policy Period Limit**

The amount shown in the Declarations as the Total Policy Period Limit is the most we will pay under this policy for all "claims" made or brought during the policy period and for "defense costs" resulting from such "claims".

**C. Each Claim Limit**

Subject to Paragraph **B.** above, the amount shown in the Declarations as Each "Claim" Limit is the most we will pay for each "claim" made or brought arising out of one "wrongful employment act" or "wrongful business environment" and for "defense costs" resulting from that "claim".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**D.** All "claims" arising from continuous, related or repeated "wrongful employment acts" or "wrongful business environment" shall be treated as arising out of one "wrongful employment act" or "wrongful business environment". Only the policy in effect when the first such "claim" is made shall respond to all such "claims".

**E.** All "claims" arising out of one "wrongful employment act" or "wrongful business environment" shall be deemed to be made on the date that the first such "claim" was made.

**F.** The Limits of Liability of this policy apply separately to each consecutive annual period and any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Liability.

## SECTION V – COINSURANCE

If a Coinsurance Percentage is shown in the Declarations, you shall be liable for such percentage of "loss" for each "claim", in excess of the Deductible. Our liability for "loss" for each "claim" shall apply only to that portion of "loss" in excess of the coinsurance amount and we shall have no obligation for such coinsurance amount.

## SECTION VI – DEDUCTIBLE

**A.** Our obligation to pay "loss" and "defense costs" applies only to the amount of "loss" and "defense costs" in excess of the Deductible amount shown in the Declarations. We will then pay the amount of "loss" plus "defense costs" in excess of the Deductible, until the Limit of Liability is exhausted.

**B.** The Each "Wrongful Act" or "Wrongful Business Environment" Deductible amount shown in the Declarations applies to all "claims" arising out of:

    **1.** The same "wrongful employment act" or "wrongful business environment"; or

    **2.** A series of incidents, circumstances or behaviors which arise from a common cause;

regardless of the number of insureds involved or the number of persons, organizations or government agencies making such "claims".

**C.** The terms of this insurance, including those with respect to:

    **1.** Our right and duty to defend the insured against any "claim" based on a "wrongful employment act" or "wrongful business environment" seeking payment for "loss"; and

    **2.** Your duties in the event of a "claim" for a "wrongful employment act" or "wrongful business environment",

apply irrespective of the application of the Deductible amount.

**D.** We may pay any part or all of the Deductible amount to effect settlement of any "claim". Upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible amount as has been paid by us.

**E.** The Deductible amount shown in the Declarations shall be reduced by 50% for such "claim" subject to a maximum reduction of $25,000 if:

    **1.** We and you agree to use mediation prior to suit to resolve a "claim" brought against you; and

    **2.** Such "claim" is resolved thereby.

## SECTION VII – CONDITIONS

It shall be a condition precedent to our obligations under this policy that the insured complies with all of the following, which shall apply in addition to the Common Policy Conditions:

**A. Duties In The Event Of A Claim, Or A Wrongful Employment Act Or Wrongful Business Environment That May Result In A Claim**

    **1.** If a "claim" is received by an insured, you must:

        **a.** Immediately record the specifics of the "claim" and the date received; and

        **b.** Notify us, in writing, as soon as practicable.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2. You and any other involved insured must:

    **a.** Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the "claim";

    **b.** Authorize us to obtain records and other information;

    **c.** Cooperate with us in the investigation, settlement, or defense of the "claim"; and

    **d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to any insured because of a "wrongful employment act" or "wrongful business environment" to which this insurance may also apply.

3. No insured will, except at the insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our written consent.

4. If you become aware of any incident which may be reasonably expected to give rise to a "claim" and for which a "claim" has not yet been received, you must notify us, in writing, as soon as practicable. Such notice shall include as much detail as possible and shall include to the extent possible:

    **a.** A description of the "wrongful employment act" or "wrongful business environment", including all relevant dates;

    **b.** The identity of the persons involved in the "wrongful employment act" or "wrongful business environment", including names of potential claimants;

    **c.** Particulars as to the reasons why you became aware of and reasonably expect a "claim" which may result from such "wrongful employment act" or "wrongful business environment";

    **d.** The nature of the alleged or potential damages arising from such "wrongful employment act" or "wrongful business environment"; and

    **e.** The circumstances by which the insured first became aware of the "wrongful employment act" or "wrongful business environment".

You will not be considered to have knowledge of a "wrongful employment act" or "wrongful business environment" which may result in a claim until:

    **(1)** If you are an individual, you or your Risk Manager,

    **(2)** If you are a corporation, your Corporate Officer or your Risk Manager,

    **(3)** If you are a partnership or joint venture, your partner or member, or your Risk Manager,

    **(4)** If you are a limited liability company, your member or your Risk Manager,

is aware of such "wrongful employment act" or "wrongful business environment".

5. If notice of circumstances conforming to the requirements in Paragraph **4.** above is made during the policy period, then any resulting "claim" which is subsequently made against an insured by individuals identified pursuant to the above, or by their estates, heirs or legal representatives or any actual or alleged beneficiary, shall be considered to be a "claim" made within the policy period.

## B. Other Insurance

If other valid and collectible insurance is available to the insured, our obligations are limited as follows:

### 1. Primary Insurance

This insurance is primary except when Paragraph **2.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we shall share with that other insurance by the method described in Paragraph **3.** below.

### 2. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **a.** Effective prior to the beginning of the policy period shown in the Declarations;

    **b.** Applies on other than a claims-made basis; and

    **c.** Has a policy period which continues after the retroactive date shown in the Declarations.

**3. Method Of Sharing**

When this is excess, we shall have no duty under this policy to defend any "claim" that any other insurer has a duty to defend.  If no other insurer defends, we shall undertake to do so, but we shall be entitled to your rights against all those other insurers.

When this insurance is excess over the other insurance, we shall pay only our share of the amount of "loss", if any, that exceeds the sum of:

    **a.** The total amount that all such other insurance would pay for the "loss" in the absence of this insurance; and

    **b.** The total of all deductible and self-insured retention amounts under all other insurance.

We shall share the remaining "loss", if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Liability shown in the Declarations.

**C. Representations**

By accepting this policy, you agree that:

**1.** The statements in the Application and Declarations are accurate and complete;

**2.** Those statements are based upon representations you made to us;

**3.** We have issued this policy in reliance upon your representations; and

**4.** The representations made are binding on the Named Insured entity.  The representations made are also binding on any individual insured who signs the Application with knowledge of any misrepresentations made to us.  However, such representations are not binding on any individual insured who did not sign the Application.

**D. Transfer Of Rights Of Recovery Against Others To Us**

If any insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us.  The insured must do nothing after a "wrongful employment act" or "wrongful business environment" or a "claim" to impair them.  At our request, the insured will transfer those rights to us and help us enforce them.

**E. Bankruptcy**

The bankruptcy or insolvency of an insured or of an insured's estate will not relieve us of our obligations under this policy.  However, neither shall such bankruptcy or insolvency increase our liability with respect to the **Coinsurance** or **Deductible** provisions of this policy.

**F. Legal Action Against Us**

**1.** No person or organization has a right under this policy:

    **a.** To join us as a party or otherwise bring us into a suit asking for damages from any insured; or

    **b.** To sue us on this policy unless all of its terms have been fully complied with.

**2.** A person or organization may sue us to recover on an agreed settlement or on a final judgment against the insured obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limits of Liability.  An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

We will also not be liable for the insured's share of any payment due because of a settlement or judgment for which the insured is responsible under the Deductible or Coinsurance provisions of this policy.

**G. Takeover Of Insured**

In the event that more than 50% of the controlling interest of any insured is changed during the policy period, then this policy shall automatically terminate upon the completion of such change in control.  From that point forward, such

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

insurance as is afforded by this policy shall apply only to "claims" which had first been made prior to that change in control.

**H. Arbitration**

If we and the insured do not agree whether coverage is provided under this policy for a "claim" made against the insured, then either party may make a written demand for arbitration.

When this demand is made, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will:

**1.** Pay the expenses it incurs; and

**2.** Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county or parish in which the address shown in the Declarations is located. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**I. Coverage Territory**

This policy applies to "wrongful employment acts" and "wrongful business environment" taking place anywhere in the world.

**J. Separation Of Insureds**

Except with respect to the Limits of Liability and any rights and duties specifically assigned to the first Named Insured, this insurance applies:

**1.** As if each insured were the only insured; and

**2.** Separately to each insured against whom a "claim" is made.

**K. Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**SECTION VIII – BASIC AND SUPPLEMENTAL EXTENDED REPORTING PERIODS**

**A.** We will provide one or more Extended Reporting Periods, as described below, if:

**1.** This Coverage Form is canceled or not renewed; or

**2.** We renew or replace this Coverage Form with insurance that:

    **a.** Has a Retroactive Date later than the date shown in the Declarations of this Coverage Form; or

    **b.** Does not apply to "wrongful employment acts" or "wrongful business environment" on a claims-made basis.

**B. Basic Extended Reporting Period**

A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 60 days with respect to "claims" arising from "wrongful employment acts" and "wrongful business environments" not previously reported to us.  The Basic Extended Reporting Period applies only to "wrongful employment acts" and "wrongful business environment" which occurred after the Retroactive Date shown in the Declarations and before the end of the policy period provided a "claim" for such "wrongful employment act" or "wrongful business environment" is first made during the Basic Extended Reporting Period.

The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such "claims".

The Basic Extended Reporting Period does not extend the policy period or change the scope of coverage provided.

If the Supplemental Extended Reporting Period described in Paragraph **C.** below is purchased, the Basic Extended Reporting Period does not apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**C.  Supplemental Extended Reporting Period**

1.  A Supplemental Extended Reporting Period of 1 year, 2 years or 3 years duration is available, but only by endorsement and for an extra charge.  The additional premium for the Supplemental Extended Reporting Period will be calculated using the rules and rates effective at the inception of this policy.

2.  The Supplemental Extended Reporting Period starts with the end of the policy period. It does not extend the policy period or change the scope of coverage provided.  The Supplemental Extended Reporting Period applies only to "wrongful employment acts" and "wrongful business environment" which occurred after the Retroactive Date shown in the Declarations and before the end of the policy period provided a "claim" for such "wrongful employment act" or "wrongful business environment" is first made during the Supplemental Extended Reporting Period.

3.  You must notify us in writing of your intent to purchase a Supplemental Extended Reporting Period within 60 days after the end of the policy period, or the date of termination, whichever comes first.

4.  The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due. Once in effect, the Supplemental Extended Reporting Period may not be canceled or renewed.

    The Supplemental Extended Reporting Period Endorsement shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

**D.**  The Basic and Supplemental Extended Reporting Periods do not reinstate or increase the Limits of Liability.

**E.**  Any "claim" first made or brought during the Basic Extended Reporting Period or the Supplemental Extended Reporting Period will be deemed to have been first made on the last day of the policy period which terminated immediately prior to the start of the Basic Extended Reporting Period or the Supplemental Extended Reporting Period.

## SECTION IX – DEFINITIONS

**A.**  "Claim" means:

1.  A written demand or notice received by an insured in which monetary damages likely to be covered by this policy are alleged;

2.  A civil action, an administrative proceeding, alternative dispute resolution proceeding, or an action brought by a person or entity acting on behalf of an "employee" of the insured to which you must submit or to which you submit with our consent;

3.  A proceeding for injunctive or non-monetary relief; and

4,  An "EEOC Proceeding".

    "Claim" shall not include any labor or grievance arbitration subject to a collective bargaining agreement.

    A class action lawsuit is considered one "claim".

**B.**  "Defense costs" means those reasonable and necessary expenses that result from the investigation, settlement, or defense of a "claim", including:

1.  Attorney fees and expenses;

2.  The cost of legal, administrative, or alternative dispute resolution proceedings;

3.  The cost of appeal bonds;

4.  The cost of bonds to release property being used to secure a legal obligation (but only for bond amounts within the Limit of Liability that applies; we have no obligation to furnish such bonds);

5.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or suit, including actual loss of earnings up to $500 a day because of time off from work; and

6.  Subject to Paragraph **C.** of **Section I – Coverages** of this policy, all costs taxed against any insured in a suit.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Salaries and expenses of any insured's "employees" shall not be deemed to be covered "defense costs" (other than those described in Paragraph **5.** above).

**C.** "Discrimination" means:

  **1.** Termination of an employment relationship; or

  **2.** A demotion; or

  **3.** A failure or refusal to hire or promote or otherwise to take any action against any individual with respect to his or her compensation, terms, conditions, privileges, or opportunities of employment,

because of race, color, religion, age, sex, disability, pregnancy, national origin, sexual orientation, or other protected category or characteristic established pursuant to any applicable United States federal, state, or local statute or ordinance.

**D.** "EEOC Proceeding" means an investigative proceeding before the Equal Employment Opportunity Commission or an adjudicatory or investigative proceeding before any similar state, federal, local or foreign government body whose purpose is to address "wrongful employment acts".

**E.** "Employee" means:

  **1.** An individual whose labor or service is engaged by or directed by an insured.  This includes part-time "employees", seasonal "employees", "staffing services workers", volunteers and interns, as well as any individual employed in a supervisory, managerial, or confidential position.

  **2.** An individual who is a "leased worker", but only if the insured provides indemnification to such leased individual in the same manner as is provided to the insured's "employees".

  **3.** An individual who is a "PEO worker".

**F.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.  "Leased worker" does not include a "temporary worker" or a "PEO worker".

**G.** "Loss" means all forms of compensatory damages, monetary damages, statutory damages, and punitive damages (including exemplary and multiplied damages).  However, such punitive damages shall constitute "loss" only to the extent that they are insurable pursuant to the jurisdiction most favorable to the insured, and provided further that the jurisdiction is located in any of the following:

  **1.** The jurisdiction where the damages were awarded or imposed;

  **2.** The jurisdiction where any "wrongful employment act" or "wrongful business environment" took place that gave rise to such damages; or

  **3.** The jurisdiction where the Company is incorporated or resides or has its principle place of business.

"Loss" includes judgments, settlements, statutory attorney fees, and "defense costs" arising out of "claims" alleging a "wrongful employment act" or "wrongful business environment".

"Loss" shall not include:

  **a.** Taxes, fines or penalties other than liquidated damages under the Age Discrimination in Employment Act or the Equal Pay Act; or

  **b.** Amounts for which you or an insured are absolved from payment by any covenant, agreement or court order,

  **c.** Costs to comply with any consent decree, injunctive, restitutionary, affirmative or other non-monetary relief or any agreement to provide such relief; or

  **d.** Compensation earned by the claimant in the course of employment but not paid by you or an insured, including but not limited to any unpaid salary, overtime, bonus, wages, severance pay, retirement benefits, unpaid reimbursement of Employee expenses, vacation days, or sick days;

  **e.** Medical insurance or other insurance plan benefits (or the equivalent value thereof) to which the claimant allegedly was entitled or should have been entitled;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **f.** Amounts awarded pursuant to a labor or grievance arbitration pursuant to a collective bargaining agreement; or

    **g.** Vested and non-vested stock options, retirement benefits, severance pay, bonus, prerequisites, commissions, fringe benefits, vacation days, or sick days.

**H.** "PEO service" means staffing related services as a Professional Employer Organization (PEO) you provide to your clients and to "PEO workers" in connection with employment of such workers.

**I.** "PEO worker" means a person you lease to your client under a written "PEO service" agreement or contract.

**J.** "Sexual harassment" means unwelcome sexual advances and/or requests for sexual favors or other verbal or physical conduct of a sexual nature that:

    **1.** Are made a condition of employment; and/or

    **2.** Are used as a basis for employment decisions; and/or

    **3.** Create a work environment that interferes with performance or creates an intimidating, hostile, or offensive work environment.

**K.** "Staffing services" means services provided by a staffing company to their clients including but not limited to:

    **1.** Staffing related administrative services provided by an Administrative Services Organization (ASO);

    **2.** "PEO service";

    **3.** Staffing related services provided to your clients for the recruitment, selection and placement of a person for employment with a client;

    **4.** Temporary, contingent or contract placement services;

    **5.** Vendor Management Service (VMS), means the facilitation, purchase and management of "staffing services" for clients including the placement and fulfillment of orders for "staffing services workers";

    **6.** Services performed on behalf of your client by a "staffing services worker" who is not a direct hire or permanent placement;

    **7.** Services performed for a client company to supply that client company with a "staffing services worker".

**L.** "Staffing services worker" means a person who is furnished by you to your client to perform the duties to which you have agreed.

**M.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**N.** "Workplace torts" means:

    **1.** Retaliation, defamation or infliction of emotional distress;

    **2.** Invasion of privacy;

    **3.** Negative evaluation, wrongful discipline or wrongful reference;

    **4.** Failure to grant tenure, wrongful failure to employ or promote or wrongful demotion;

    **5.** Constructive discharge;

    **6.** Whistle blowing;

    **7.** Workplace harassment or "sexual harassment";

    **8.** Libel, slander or disparagement;

    **9.** False imprisonment or malicious prosecution;

    **10.** Failure to adopt or enforce anti-"discrimination" practices, policies or procedures if these allegations are made in conjunction with a "claim" alleging "discrimination"; or

    **11.** "Wrongful termination".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**O.** "Wrongful business environment" means allegations of direct, indirect, intentional or unintentional "discrimination", "sexual harassment" or any other civil rights violations committed by an insured and brought by the insured's customer, client or any other individual which results from exposure to the business environment of the insured or the insured's client.

**P.** "Wrongful employment act" means:

   **1.** Your "employee's", former "employee's", or an employment applicant's allegation of:

      **a.** "Discrimination" by an insured; or

      **b.** Harassment, including "sexual harassment", by an insured; or

      **c.** "Workplace torts" by an insured.

   **2.** Your former "employee's" allegation of "wrongful termination" by an insured.

   An allegation means the lodging of an oral or written complaint or charge with your:

      **a.** Management; or

      **b.** Corporate legal or human resource departments.

**Q.** "Wrongful termination" means termination of an employment relationship in a manner which is against the law and wrongful or in breach of an implied agreement to continue employment.

   "Wrongful termination" shall include but shall not be limited to:

   **1.** Breach of an implied employment contract;

   **2.** Retaliation; or

   **3.** The filing of a claim under federal, state, local, or foreign whistleblower laws.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Stopgap Employer Liability Coverage



Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II - WHO IS AN INSURED.**

Other words and phrases that appear in **bold face** have special meaning.  Refer to **SECTION V - DEFINITIONS.**

## SCHEDULE

**State(s)**       Ohio

**Location(s)**    ALL

**Limits of Liability:**

    Bodily Injury by Accident - Each Accident:        $  1,000,000

    Bodily Injury by Disease - Policy Limit:        $  1,000,000

    Bodily Injury by Disease - Each Employee:        $  1,000,000

**Deposit Premium:**    

**Minimum Premium:**

# STOP GAP EMPLOYERS LIABILITY COVERAGE

## SECTION I – COVERAGE

## COVERAGE S. – STOP GAP EMPLOYERS LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated by the law of the state(s) shown in the Declarations to pay as damages because of "bodily injury by accident" or "bodily injury by disease" to your "employee" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any accident and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under this coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury by accident" or "bodily injury by disease" only if:

**(1)** The:

**(a)** "Bodily injury by accident" or "bodily injury by disease" takes place in the "coverage territory";

**(b)** "Bodily injury by accident" or "bodily injury by disease" arises out of and in the course of the injured "employee's" employment by you; and

**(c)** "Employee", at the time of the injury, was covered under a worker's compensation policy and subject to a "workers compensation law" of the state(s) shown in the Declarations; and

**(2)** The:

**(a)** "Bodily injury by accident" is caused by an accident that occurs during the policy period; or

**(b)** "Bodily injury by disease" is caused by or aggravated by conditions of employment by you and the injured "employee's" last day of last exposure to the conditions causing or aggravating such "bodily injury by disease" occurs during the policy period.

**c.** The damages we will pay, where recovery is permitted by law, include damages:

**(1)** For:

**(a)** Which you are liable to a third party by reason of a claim or "suit" against you by that third party to recover the damages claimed against such third party as a result of injury to your "employee";

**(b)** Care and loss of services; and

**(c)** Consequential "bodily injury by accident" or "bodily injury by disease" to a spouse, child, parent, brother or sister of the injured "employee";

provided that these damages are the direct consequence of "bodily injury by accident" or "bodily injury by disease" that arises out of and in the course of the injured "employee's" employment by you; and

**(2)** Because of "bodily injury by accident" or "bodily injury by disease" to your "employee" that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**2. Exclusions**

This insurance does not apply to:

**a. Intentional Injury**

"Bodily injury by accident" or "bodily injury by disease" intentionally caused or aggravated by you.

However, this exclusion only applies to "bodily injury by accident" or "bodily injury by disease" caused or aggravated by an act committed by you where that injury or aggravation of injury was substantially certain to result from that act.

Includes copyrighted material of ISO Properties, Inc. with its permission

For injury to "employees" subject to Ohio Workers' Compensation Laws, this exclusion applies only if the act causing or aggravating the injury is of deliberate intent as defined by the laws of that state.

For injury to "employees" subject to West Virginia Workers' Compensation Laws, this exclusion applies only if the act causing or aggravating the injury is of deliberate intent as defined by SB744 paragraph (2)(ii).

**b. Fines Or Penalties**

Any assessment, penalty, or fine levied by any regulatory inspection agency or authority.

**c. Statutory Obligations**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Contractual Liability**

Liability assumed by you under any contract or agreement.

**e. Violation Of Law**

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your "executive officers".

**f. Termination, Coercion Or Discrimination**

Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any "employee", or arising out of other employment decisions or personnel decisions of the insured.

**g. Failure To Comply With "Workers Compensation Law"**

"Bodily injury by accident" or "bodily injury by disease" to an "employee" when you are:

**(1)** Deprived of common law defenses; or

**(2)** Otherwise subject to penalty;

because of your failure to secure your obligations under, or other failure to comply with, any "workers compensation law".

**h. Violation Of Age Laws Or Employment Of Minors**

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any person:

**(1)** Knowingly employed by you in violation of any law pertaining to the minimum age of employment or employees; or

**(2)** Under the age of 14 years, regardless of any such law.

**i. Federal Laws**

Any premium, assessment, penalty, fine, benefit, liability or other obligation imposed by or granted pursuant to:

**(1)** The Federal Employer's Liability Act (45 USC Section 51-60);

**(2)** The Non-appropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);

**(3)** The Longshore and Harbor Workers' Compensation Act (33 USC Sections 910-950);

**(4)** The Outer Continental Shelf Lands Act (43 USC Section 1331-1356);

**(5)** The Defense Base Act (42 USC Sections 1651-1654);

**(6)** The Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942);

**(7)** The Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872);

**(8)** Any other workers compensation, unemployment compensation or disability laws or any similar law; or

**(9)** Any subsequent amendments to the laws listed above.

**j. Punitive Damages**

Exemplary damages or punitive damages, or any other damages that are determined, in part, through the application of a multiplier.,

**k. Crew Members**

"Bodily injury by accident" or "bodily injury by disease" to a master or member of the crew of any vessel or any member of the flying crew of an aircraft.

**l. Asbestos**

"Bodily injury by accident" or "bodily injury by disease" arising out of asbestos, or which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to the injury.

## SUPPLEMENTARY PAYMENTS

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which this coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II – WHO IS AN INSURED

If you are designated in the Declarations as:

**1.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**2.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**3.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**4.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The Bodily Injury By Accident – Each Accident Limit shown in the Declarations is the most we will pay for all damages covered by this insurance because of "bodily injury by accident" to one or more "employees" in any one accident.

**3.** The Bodily Injury By Disease – Aggregate Limit shown in the Declarations is the most we will pay for all damages covered by this insurance and arising out of "bodily injury by disease", regardless of the number of "employees" who sustain "bodily injury by disease".

**4.** Subject to **3.** above, the Bodily Injury By Disease – Each Employee Limit shown in the Declarations is the most we will pay for all damages because of "bodily injury by disease" to any one "employee".

The limits of the coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part. However, this condition shall not affect our ability to assert or invoke any applicable defense to liability on behalf of the insured.

### 2. Duties In The Event Of Injury, Claim Suit

**a.** You must see to it that we or our agent are notified as soon as practicable of a "bodily injury by accident" or "bodily injury by disease" which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "bodily injury by accident" or "bodily injury by disease" took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the injury, claim, proceeding or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us and assist us, as we may request, in the investigation or settlement of the claim or defense against the "suit";

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury to which this insurance may also apply; and

**(5)** Do nothing after an injury occurs that would interfere with our right to recover from others.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

This insurance is primary, and our obligations are not affected unless any of the other insurance or self-insurance is also primary.

If all of the other insurance or self-insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance or self-insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

### 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Bodily injury by accident" means bodily injury, sickness or disease sustained by a person, including death, resulting from an accident. A disease is not "bodily injury by accident" unless it results directly from "bodily injury by accident".

**2.** "Bodily injury by disease" means a disease sustained by a person, including death. "Bodily injury by disease" does not include a disease that results directly from an accident.

**3.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in the United States (including its territories and possessions), Puerto Rico, or Canada, in a suit on the merits according to the substantive law in such territory, or in a settlement we agree to.

**4.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**5.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**6.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**7.** "Suit" means a civil proceeding in which damages because of "bodily injury by accident" or "bodily injury by disease" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**8.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**9.** "Workers Compensation Law" means the Workers Compensation Law and any Occupational Disease Law of the state(s) shown in the Declarations. This does not include provisions of any law providing non-occupational disability benefits.

# Staffing Industry Professional Liability Declarations

**ZURICH**

**Policy Number:** PRA 9315054-03

Item 1.   Insured by the stock company below and hereinafter call the Company:
Zurich American Insurance Company

Item 2.   **Named Insured:**                                    **Agency Name:**
Civil Search International, LLC                    World Wide Specialty Programs, Inc.

**Agency Code:** 93962000

Item 3.   **Policy Period:**   From: 11/25/2017 To: 11/25/2018 12:01 A.M. local time at the insured's address shown above.

Item 4.   **Limit of Liability**
$        1,000,000   Each "Claim"
$        2,000,000   Aggregate

Item 5.   **Deductible**
$            1,000   Each "Wrongful Act"

Item 6.   **Annual Premium**   ███████████
This premium does not include Taxes or Surcharges

Item 7.   **Endorsements Effective at Inception:**          **See Schedule of Forms and Endorsements**

Date Issued: 11/21/2017

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Staffing Industry Professional Liability Coverage Form


**ZURICH**®

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN INSURED**.

Words and phrases that appear in quotations have special meaning.  Refer to **SECTION VI – DEFINITIONS**.

## SECTION I – INSURING AGREEMENTS

### A. Coverage

1.  We will pay those sums that the insured becomes legally obligated to pay as "damages" because of any "claim" arising from a "wrongful act" to which this insurance applies.  The "wrongful act" must take place:

    a.  During the policy period; and

    b.  In the "coverage territory".

2.  The amount we will pay for "damages" is limited as described in **SECTION IV – LIMITS OF LIABILITY AND DEDUCTIBLE**.

3.  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D. Disciplinary Proceedings** or **E. Supplementary Payments** of this section.

### B. Defense And Investigation

We shall have the right and duty to defend the insured against any "claim" based on a "wrongful act" seeking "damages" to which this insurance applies, even if any of the allegations of the "claim" are groundless, false or fraudulent.

We shall have the right to select defense counsel for the investigation, defense or settlement of the "claim" and we shall pay all reasonable "claim expenses" arising from the "claim".

We shall have the right to conduct such investigation or negotiation of any "claim" as we deem expedient.  We shall not be obligated to:

1.  Pay any "damages" or "claim expenses"; or

2.  Defend or continue to defend any "claim",

after our Limit of Liability has been used up by payment or by deposit in a court having jurisdiction of sums reflecting the remaining applicable Limit of Liability.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D. Disciplinary Proceedings** or **E. Supplementary Payments** of this section.

### C. Consent To Settle

We shall not settle any "claim" without your consent, which consent should not be unreasonably withheld.  If you refuse to consent to any settlement recommended by us, and acceptable to the claimant, and elect to further contest the "claim", our liability for such "claim" shall not exceed, subject to the Limit of Liability, 150% of the amount for which the "claim" could have been settled including "claim expenses" incurred up to the date of such refusal.  A condition of this insurance that the remaining "damages" and "claim expenses" in excess of the 150% of the amount for which the "claim" could have been settled and any amounts in excess of the Limit of Liability shall be borne by you at your own risk and be uninsured.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Notwithstanding the foregoing, this paragraph shall not apply until the settlement amount exceeds the Deductible amount shown in the Declarations.  If you refuse to settle, once the total "claim expenses" equal 150% of the amount for which the "claim" could have been settled, subject to the Limit of Liability, plus all "claim expenses" incurred up to the time we made our recommendation, we shall have the right to withdraw from the further investigation and defense thereof by tendering control of such investigation or defense to you and you agree, as a condition of the issuance of this policy, to accept such tender.

Our payment for "damages" under this provision is subject to **SECTION IV – LIMITS OF LIABILITY AND DEDUCTIBLE**.

You shall not, except at your own cost:

1.   Make any payment;

2.   Make any admission;

3.   Admit liability;

4.   Waive any rights;

5.   Settle any "claim";

6.   Assume any obligation; or

7.   Incur any expense, other than for first aid,

without our prior written consent.

## D.   Disciplinary Proceedings

1.   If a "wrongful act" occurs during the policy period, and results in the commencement of a "disciplinary proceeding" against the insured, we will reimburse you for reasonable "claim expenses" incurred by the insured in responding to such "disciplinary proceeding".  We will not indemnify any insured for "claim expenses" in which the final resolution of the "disciplinary proceeding" results in the suspension or revocation of the insured's license.  We will have no obligation to pay "claim expenses" other than upon the final resolution of the "disciplinary proceeding" as described herein.

2.   The maximum payment by us pursuant to this extension of coverage shall be $10,000 for each policy year, regardless of the number of "disciplinary proceedings" or insureds.  Any payment by us pursuant to this extension of coverage shall not apply to the Deductible amount shown in the Declarations and shall not reduce the Limits of Liability.  We will not pay "damages" under this extension of coverage.

## E.   Supplementary Payments

We will pay, with respect to any "claim" we investigate or settle, or any "suit" against an insured we defend:

1.   All "claim expenses" we incur.

2.   The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Liability.  We do not have to furnish these bonds.

3.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $500 a day because of time off from work.  The maximum annual amount available will not exceed $10,000 in the aggregate regardless of the number of "claims", "suits" or the number of insureds required to assist in the investigation or defense.

4.   All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against you.

5.   Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable Limit of Liability, we will not pay any prejudgment interest based on that period of time after the offer.

6.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Liability.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

7. In the event the insured receives a subpoena for documents or testimony arising out of "staffing services" rendered by you during the policy period and you would like our assistance in responding to the subpoena, you may provide us with a copy of the subpoena and we will retain an attorney to provide advice regarding the production of documents, to prepare the insured for sworn testimony and to represent the insured at depositions, provided that:

   a. The subpoena arises out of a "suit" to which you are not a party; and

   b. You have not been engaged to provide advice or testimony in connection with the "suit", nor have you provided such advice or testimony in the past.

The maximum amount available under this provision will not exceed $25,000 in the aggregate.  Any notice you provide us of such subpoena shall be deemed notification of a "wrongful act".

These payments will not reduce the Limits of Liability.

## SECTION II – WHO IS AN INSURED

**A.** If you are designated in the Declarations as:

1. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are a sole owner.

2. A partnership or joint venture, you are an insured.  Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

3. A limited liability company, you are an insured.  Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

4. An organization, other than a partnership, joint venture, or limited liability company, you are an insured.  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

5. A trust, you are an insured.  Your trustees are also insureds, but only with respect to their duties are trustees.

**B.** Each of the following is also an insured:

1. Your volunteer workers or interns only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

2. Your legal representative if you die, but only with respect to duties as such.  That representative will have all your rights and duties under this Coverage Part.

3. Any individual or organization under written contract or written agreement who provides "staffing services" on your behalf and at your direction for your clients.

4. Any organization acquired or created by you after the inception of this policy in which you maintain ownership or majority interest to conduct your "staffing services", but only for 90 days after its acquisition or creation or the end of the policy period, whichever is earlier, unless you have provided us with full particulars of this new organization and agreed to any policy provision or payment of additional premium required by us.

   However, coverage does not apply to a "wrongful act" that occurred before you acquired or formed the organization.

## SECTION III – EXCLUSIONS

This insurance shall not apply to any "claim", based upon or arising out of, in whole or in part:

**A.** Any action made by or on behalf of another insured, in any capacity.

**B.** Any actual or alleged "personal and advertising injury".

**C.** Any actual or alleged "bodily injury" or "property damage".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**D.** Criminal, fraudulent, malicious, dishonest or intentional acts, errors or omissions.  However, this exclusion shall not apply to any insured that did not:

    **1.** Personally commit; or

    **2.** Personally participate in; or

    **3.** Personally consent to; or

    **4.** Remain passive after having personal knowledge of,

    any such acts, errors or omissions.

This exclusion does not affect our duty to defend, in accordance with **SECTION I – INSURING AGREEMENTS**, Paragraph **B. Defense And Investigation**, an insured prior to determining, through final adjudication, that the insured is responsible for a criminal, fraudulent, malicious, dishonest or intentional act, error or omission.

**E.** Any actual or alleged loss of money and/or negotiable instruments given by any of your clients that are a bank, stockbroker, brokerage house or any other financial institution, or any of their subsidiary companies, corporations, or agencies to any of your "employees" or an independent contractor for purpose of transportation.

**F.** Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**G.** The administration of or failure to administer any Employee Benefit Plan.  However, this exclusion shall not apply to a "PEO service" that:

    **1.** Does not have Employee Benefit Plan funds or benefits that are self-funded; and

    **2.** Does not manage or invest Employee Benefit Plan funds.

**H.** Any actual or alleged "wrongful employment act".

**I.** Any liability assumed by an insured under any contract or agreement, unless such liability would have attached to the insured by law in the absence of such contract or agreement.

**J.** Any actual, alleged, or threatened existence, emission, discharge, dispersal, seepage, migration, release, escape, exposure to, generation, storage, transportation, treatment, removal, disposal, processing, or handling of "pollutants":

    **1.** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, you, or controlled or customarily used by you, and the ways immediately adjoining such premises, site, or location;

    **2.** At or from any premises, site, or location that is or was at any time used by an insured or others for the handling, storage, disposal, processing, or treatment of waste;

    **3.** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or by or for any person or organization for whom you may be legally responsible;

    **4.** At or from any premises, site, or location on which you or any contractors or sub-contractors working directly or indirectly on your behalf were or are performing operations:

        **a.** If the "pollutants" were or are brought on or to the premises, site or location in connection with such operations by you or by such contractor or subcontractor; or

        **b.** If the operations are to clean up, test for, monitor, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "pollutants";

    **5.** Any costs or expenses to clean up, test for, monitor, remove, contain, treat, detoxify, neutralize, or in any other way respond to or assess the effects of "pollutants" generally, or with respect to the actual, alleged, or threatened existence, emission, discharge, dispersal, seepage, migration, release, or escape of "pollutants";

    **6.** Any costs or expenses to clean up, test for, monitor, remove, contain, treat, detoxify, neutralize, or in any other way respond to or assess the effects of "pollutants" with respect to the renovation, rehabilitation, reconstruction, remodeling, expansion, or demolition, in whole or in part, of your premises or of any premises, site, or location that is or was at any time owned or occupied by, or rented or loaned to, you, or controlled or customarily used by you, and the ways immediately adjoining such premises, site, or location;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

7. Any costs or expenses arising out of any request, demand, order or directive by any person, organization, or governmental authority that any insured or others clean up, test for, monitor, remove, contain, treat, detoxify, neutralize, or in any other way respond to or assess the effects of "pollutants";

8. Any "claim" by or on behalf of a governmental authority for "damages" because of cleaning up, testing for, monitoring, removing, containing, treating, detoxifying, neutralizing, or in any other way responding to or assessing the effects of "pollutants".

**K.** Any actual or alleged piracy, infringement of a patent, copyright, trademark, servicemark, trade dress, trade name, trade secret or any other intellectual property rights.

**L.** Any "claim" brought by a franchisor against its franchisee or brought by a franchisee against its franchisor.

**M.** Injury, however caused, arising, directly or indirectly, out of:

1. War, including undeclared or civil war;

2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**N.** Services performed by any:

1. Doctor, dentist, armed security guard, pilot, person engaged in pyrotechnic activities or anyone acting as a general contractor;

2. Engineer or architect with signoff authority; or

3. Consultant with signoff authority on final business decisions.

**O.** The actions or activities of any "PEO worker".

This exclusion does not affect our duty to defend, in accordance with **SECTION I – INSURING AGREEMENTS**, Paragraph **B. Defense And Investigation**, an insured providing "PEO services".

**P.** Any actual or alleged violation of:

1. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

2. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

3. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

4. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**Q.** Any actual or alleged "abusive act" or any loss, cost or expense arising out of or relating in any way to an "abusive act".

**R.** From any "wrongful act", circumstance or event:

1. Committed;

2. Omitted; or

3. Occurring

prior to the policy effective date if on or before the policy effective date, you knew or could have reasonably foreseen that such "wrongful act", circumstance or event could give rise to a "claim".

**S.** Any:

1. Actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to the injury or damage; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

U-SIL-173-A CW (10-11)
Page 5 of 11

2. Sums that any insured or other entity must pay, repay or reimburse because of any request, demand, order, statutory or regulatory requirement, direction or determination that any insured or others test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

3. Other loss, cost or expense related in any way to asbestos.

## SECTION IV – LIMITS OF LIABILITY AND DEDUCTIBLE

### A. Limits Of Liability

1. Each "Claim": Our liability for "damages" for each "claim" covered by this insurance shall not exceed, subject to the Deductible, the amount shown in the Declarations for Each "Claim".

2. Aggregate: Our liability for the combined total of all "damages" for all "claims" covered by this insurance shall not exceed, subject to paragraph **1.** above, the amount shown in the Declarations for Aggregate.

3. If the Limit of Liability is used up prior to settlement or judgment of any pending "claim", our obligations under this Coverage Form shall end and we shall have the right to withdraw from the further investigation or defense of any pending "claim" by giving control of such investigation or defense to you, and you agree, as a condition to the issuance of this policy, to accept such control.

### B. Deductible

1. Our obligation to pay "damages" and "claim expenses" applies only to the amount of "damages" and "claim expenses" in excess of the Deductible amount shown in the Declarations.  We will then pay:

   a. The amount of "damages" in excess of the Deductible, up to the Limit of Liability; plus

   b. "Claim expenses" in excess of the Deductible until the limit for "damages" is exhausted.

2. The Each "Wrongful Act" Deductible amount shown in the Declarations applies to all "claims" arising out of:

   a. The same "wrongful act"; or

   b. A series of incidents, circumstances or behaviors which arise from a common cause;

   regardless of the number of insureds involved or the number of persons, organizations or government agencies making such "claims".

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend the insured against any "claim" based on a "wrongful act" seeking "damages"; and

   b. Your duties in the event of a "wrongful act", "claim", "disciplinary proceeding" or "suit",

   apply irrespective of the application of the Deductible amount.

4. We may pay any part or all of the Deductible amount to effect settlement of any "claim".  Upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible amount as has been paid by us.

5. The Deductible amount shown in the Declarations shall be reduced by 50% for such "claim" subject to a maximum reduction of $25,000 if:

   a. We and you agree to use mediation prior to "suit" to resolve a "claim" brought against you; and

   b. Such "claim" is resolved thereby.

## SECTION V – CONDITIONS

### A. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

### B. Duties In The Event Of Wrongful Act, Claim, Disciplinary Proceeding Or Suit

1. You must see to it that we are notified as soon as practicable of a "wrongful act" which may result in a "claim".  To the extent possible, the notice should include:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **a.** The description of the "wrongful act" including but not limited to:

       **(1)** How, when and where the "wrongful act" took place;

       **(2)** The nature and location of any injury or damage arising out of the "wrongful act"; and

       **(3)** The date and circumstance by which you first became aware of the "wrongful act";

    **b.** The names and addresses of any injured persons, claimants, potential claimants, or witnesses; and

    **c.** The identities of the responsible insureds.

You will not be considered to have knowledge of a "wrongful act" which may result in a claim until:

       **(1)** If you are an individual, you or your Risk Manager,

       **(2)** If you are a corporation, your Corporate Officer or your Risk Manager,

       **(3)** If you are a partnership or joint venture, your partner or member, or your Risk Manager,

       **(4)** If you are a limited liability company, your member or your Risk Manager,

is aware of such loss or "occurrence".

**2.** If a "claim" is made, "suit" is brought or a "disciplinary proceeding" is brought against any insured, you must:

    **a.** Immediately record the specifics of the "claim", "suit" or "disciplinary proceeding" and the date received; and

    **b.** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim", "suit" or "disciplinary proceeding" as soon as practicable.

**3.** You and any other involved insured must:

    **a.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim", "suit" or "disciplinary proceeding";

    **b.** Authorize us to obtain records and other information;

    **c.** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

    **d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**C. Legal Action Against Us**

No person or organization has a right under this Coverage Form to:

**1.** Join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

**2.** Sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for "damages" that are not payable under the terms of this Coverage Form or that are in excess of the applicable Limit of Liability. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**D. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**E. Other Insurance**

**1.** This insurance will apply only as excess insurance over any other valid and collectible insurance.

**2.** However, if insurance similar to this insurance is held by one of your clients, this insurance is primary to that other insurance and that other insurance shall not contribute to amounts payable under this insurance for liability arising out of an insured's "wrongful act".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

   3. If one or more other policies written by the Zurich Financial Services Group applies to the same "claim", including any extended reporting period of such policy or policies, and the other policies are not specifically written as primary or excess of this Coverage Form, then only the Coverage Form having the highest limit of liability shall apply.

**F. Representations**

By accepting this policy, you agree:

   **1.** The statements in the Declarations are accurate and complete;

   **2.** Those statements are based upon representations you made to us; and

   **3.** We have issued this policy in reliance upon your representations.

**G. Separation Of Insureds**

Except with respect to the Limits of Liability, and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

   **1.** As if each Named Insured were the only Named Insured; and

   **2.** Separately to each insured against whom a "claim" is made or "suit" is brought.

**H. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us.  You must do nothing after loss to impair them.  At our request, you will bring "suit" or transfer those rights to us and help us enforce them.

**I. When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION VI – DEFINITIONS

**A.** "Abusive act" means any act or series of acts of actual or threatened abuse or molestation done to any person, including any act or series of acts of actual or threatened sexual abuse or molestation done to any person by anyone who causes or attempts to cause the person to engage in a sexual act:

   **1.** Without the consent of or by threatening the person, placing the person in fear or asserting undue influence over the person;

   **2.** If that person is incapable of appraising the nature of the conduct or is physically incapable of declining participation in or communicating unwillingness to engage in the sexual act; or

   **3.** By engaging in or attempting to engage in lewd exposure of the body done with intent to arouse or to satisfy the sexual desire of any person.

**B.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**C.** "Claim" means a:

   **1.** Written demand for money resulting from a "wrongful act"; or

   **2.** "Suit" resulting from a "wrongful act".

Two or more "claims" arising out of a single "wrongful act", or a series of continuous, repeated, related, interrelated, or causally or logically connected "wrongful acts" that give rise to one or more "claims" shall be treated as a single "claim".

**D.** "Claim expenses" means:

   **1.** Fees, costs and expenses charged by attorneys retained or approved by us; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **2.** Reasonable and necessary fees, costs and expenses resulting from the investigation, adjustment, defense and appeal of a "claim".

**E.** "Coverage territory" means anywhere in the world.

**F.** "Damages" means the monetary portion of any judgment, award or settlement, provided such settlement is negotiated with our assistance and approval. "Damages" do not include:

    **1.** Compensation for injury to or destruction of tangible property or loss of use or value thereof;

    **2.** Personal profit or advantage to which the insured is not legally entitled;

    **3.** Criminal or civil fines, penalties (statutory or otherwise), fees or sanctions;

    **4.** Matters deemed uninsurable;

    **5.** Fees, costs and expenses paid to or incurred or charged by the insured, no matter whether claimed as restitution of specific funds, forfeiture, financial loss, setoff or otherwise, and injuries that are a consequence of any of the foregoing;

    **6.** Any form of equitable or non-monetary relief; or

    **7.** "Claim expenses".

**G.** "Disciplinary proceeding" means any proceeding brought by a regulatory or disciplinary official, board, or agency to investigate charges of professional misconduct against the insured.

**H.** "Discrimination" means:

    **1.** Termination of an employment relationship; or

    **2.** A demotion; or

    **3.** A failure or refusal to hire or promote or otherwise to take any action against any individual with respect to his or her compensation, terms, conditions, privileges, or opportunities of employment,

because of race, color, religion, age, sex, disability, pregnancy, national origin, sexual orientation, or other protected category or characteristic established pursuant to any applicable United States federal, state, or local statute or ordinance.

**I.** "Employee" includes but is not limited to a "leased worker" and a "staffing services worker". "Employee" does not include a "temporary worker" or a "PEO worker".

**J.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**K.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker" or a "PEO worker".

**L.** "PEO service" means staffing related services as a Professional Employer Organization (PEO) you provide to your clients and to "PEO workers" in connection with employment of such workers.

**M.** "PEO worker" means a person you lease to your client under a written "PEO service" agreement or contract.

**N.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **1.** False arrest, detention or imprisonment;

    **2.** Malicious prosecution;

    **3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

6. The use of another's advertising idea in your advertisement; or

7. Infringing upon another's copyright, trade dress or slogan in your advertisement.

**O.** "Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**P.** "Property damage" means:

1. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "wrongful act" that caused it.

For purposes of this definition, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and application software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**Q.** "Staffing services" means services provided by a staffing company to their clients including but not limited to:

1. Staffing related administrative services provided by an Administrative Services Organization (ASO);

2. "PEO service";

3. Staffing related services provided to your clients for the recruitment, selection and placement of a person for employment with a client;

4. Temporary, contingent or contract placement services;

5. Vendor Management Service (VMS), means the facilitation, purchase and management of "staffing services" for clients including the placement and fulfillment of orders for "staffing services workers";

6. Services performed on behalf of your client by a "staffing services worker" who is not a direct hire or permanent placement;

7. Services performed for a client company to supply that client company with a "staffing services worker".

**R.** "Staffing services worker" means a person who is furnished by you to your client to perform the duties to which you have agreed.

**S.** "Suit" means a civil proceeding in which "damages" because of injury to which this insurance applies are alleged. "Suit" includes:

1. An arbitration proceeding in which such "damages" are claimed and to which the insured must submit or does submit with our consent; or

2. Any other alternative dispute resolution proceeding in which "damages" are claimed and the insured submits with our consent.

**T.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**U.** "Workplace torts" means:

1. Retaliation, defamation or infliction of emotional distress;

2. Invasion of privacy;

3. Negligent evaluation, wrongful discipline or wrongful reference;

4. Failure to grant tenure, wrongful failure to employ or promote or wrongful demotion;

5. Constructive discharge;

6. Whistle blowing;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

7. Workplace harassment or sexual harassment;

8. Libel, slander or disparagement;

9. False imprisonment or malicious prosecution;

10. Failure to adopt or enforce anti-"discrimination" practices, policies or procedures if these allegations are made in conjunction with a "claim" alleging "discrimination"; or

11. "Wrongful termination".

**V.** "Wrongful act" means any actual or alleged act, error, or omission, misstatement, or misleading statement in the course of providing "staffing services" to your clients by you or by any person for whose acts you are legally responsible.

**W.** "Wrongful employment act" means:

1. Your "employee's", former "employee's", or an employment applicant's allegation of:

   a. "Discrimination" by an insured; or

   b. Harassment, including sexual harassment, by an insured; or

   c. "Workplace torts" by an insured; or

2. Your former "employee's" allegation of "wrongful termination" by an insured.

   An allegation means the lodging of an oral or written complaint or charge with your:

   a. Management or supervisory "employees"; or

   b. Corporate legal or human resource departments.

**X.** "Wrongful termination" means termination of an employment relationship in a manner which is against the law and wrongful or in breach of an implied agreement to continue employment.

"Wrongful termination" shall include but shall not be limited to:

1. Breach of an implied employment contract;

2. Retaliation; or

3. The filing of a claim under federal, state, local or foreign whistleblower laws.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# Designated Services Exclusion

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

**Named Insured and Mailing Address:**
Civil Search International, LLC
7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

**Producer:**
World Wide Specialty Programs, Inc.
68 South Service Road
Suite 235
Melville, NY  11747

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**Staffing Industry Professional Liability Coverage Form**
**Staffing Industry Professional Liability Coverage Form (Claims-Made)**

**SCHEDULE**

**Excluded Services:**

Accountants

Architects and  Engineers

Attorneys

Programmers

This insurance shall  not apply to any "claim", based upon or arising out of, in whole or in part, the rendering of or failure to render any of the services listed in the Schedule above.

All other terms, conditions, provisions and exclusions of this policy remain the same.



**ZURICH**

**ABUSIVE ACT LIABILITY COVERAGE FORM DECLARATIONS**

Administrative Office
1400 American Ln
Schaumburg, IL 60196
(800) 382-2150

Policy Number: <u>PRA 9315054-03</u>

Named Insured:   Civil Search International, LLC

| Policy Period: | Coverage begins | 11/25/2017 | at 12:01 A.M. |
| | Coverage ends | 11/25/2018 | at 12:01 A.M. |

Producer Name:   <u>World Wide Specialty Programs, Inc.</u>

Producer Number:   <u>93962000</u>

| **Item 1.** | Business Description: | <u>Staffing Services</u> |
|---|---|---|

**Item 2.**   Limits of Insurance
Abusive Act Liability

| Each Abusive Act Limit | $1,000,000 |
|---|---|
| Aggregate Limit | $1,000,000 |
| Each Abusive Act Retention | $1,000 |
| Special Supplementary Payment Limit | $10,000 |

**Item 3.**   Form of business and Location of Premises
Form of business:   <u>Staffing Services</u>
Location of All Premises You Own, Rent or Occupy: **See Schedule of Locations**

**Item 4. and**   Form(s) and Endorsement(s) made a part of this Policy at time of issue: **See Schedule of Forms Endorsements**

**Item 5.**   Premises

Abusive Act Liability Coverage Part Premium: $ ▮▮▮▮▮▮
Other Premium:   N/A
Total Premium: $ ▮▮▮▮▮▮



| SCHEDULE OF INSUREDS | *Administrative Office*<br>*1400 American Ln*<br>*Schaumburg, IL 60196*<br>*(800) 382-2150* |
|---|---|

| | Policy Number: | PRA 9315054-03 |
|---|---|---|

| Abusive Act Liability | | | |
|---|---|---|---|
| **Insured/Location** | **Limits of Insurance** | | |
| 1. ALL | Each Abusive Act Limit | $ | 1,000,000 |
| | Aggregate Limit | $ | 1,000,000 |
| | Each Abusive Act Retention | $ | 1,000 |
| | Special Supplementary Payment Limit | $ | 10,000 |
| | Alleged Participant Each Abusive Act Limit | $ | N/A |
| | Alleged Participant Aggregate Limit | $ | N/A |
| 2. | Each Abusive Act Limit | $ | |
| | Aggregate Limit | $ | |
| | Each Abusive Act Retention | $ | |
| | Special Supplementary Payment Limit | $ | |
| | Alleged Participant Each Abusive Act Limit | $ | |
| | Alleged Participant Aggregate Limit | $ | |
| 3. | Each Abusive Act Limit | $ | |
| | Aggregate Limit | $ | |
| | Each Abusive Act Retention | $ | |
| | Special Supplementary Payment Limit | $ | |
| | Alleged Participant Each Abusive Act Limit | $ | |
| | Alleged Participant Aggregate Limit | $ | |
| 4. | Each Abusive Act Limit | $ | |
| | Aggregate Limit | $ | |
| | Each Abusive Act Retention | $ | |
| | Special Supplementary Payment Limit | $ | |
| | Alleged Participant Each Abusive Act Limit | $ | |
| | Alleged Participant Aggregate Limit | $ | |

# Abusive Act Liability Coverage Form



Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning.  Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## ABUSIVE ACT LIABILITY

**1. Insuring Agreement**

   **a.** We will pay "loss" because of "injury" resulting from an "abusive act" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" for "loss" resulting from the "abusive act".  However, we will have no duty to defend the insured against any "suit" for "loss" to which this insurance does not apply. We may, at our discretion, investigate and settle any claim or "suit" that may result.  But:

   **(1)** The amount we will pay for "loss" is limited as described in Section **III** – Limits Of Insurance; and

   **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of "loss".

   No other obligation or liability to pay "losses" or perform acts and services or pay any other amounts is covered unless explicitly provided for under Supplementary Payments or Special Supplementary Payments.

   **b.** This insurance applies only if:

   **(1)** The "injury" caused by an "abusive act" begins during a "policy year" within the "policy period"; and

   **(2)** The "abusive act" that causes the "injury" begins during the same "policy year".

   **c.** "Injury" caused by an "abusive act" which begins during any "policy year" includes any continuation, change or resumption of that "injury" from the same  "abusive act" after the end of that "policy year."  Only the Limits of Insurance of the "policy year" in which the "abusive act" begins will apply to all such "loss" because of "injury" occurring during and subsequent to that "policy year".

   **d.** "Loss" because of "injury" includes "loss" claimed by any person or organization for care, loss of services, or death resulting at any time from the "injury".

**2. Exclusions**

   This insurance does not apply to:

   **a.** "Injury" for which the insured is obligated to pay "loss" by reason of the assumption of liability under any contract or agreement, except and then only to the extent that the insured would have been liable in the absence of such contract or agreement;

   **b.** Any claim made or "suit" brought by you or on your behalf or in the name or right of any insured, provided, however, this exclusion will not apply to any claim made or "suit" brought by a "volunteer";

   **c.** Any claim or "suit" based upon, arising out of or attributable, in whole or in part, to any "abusive act" that was alleged in or formed the basis of any litigation or claim that was pending at any time prior to the effective date of this Coverage Part;

d. Any claim or "suit" based upon, arising out of or attributable, in whole or in part, to any "abusive act" of which any insured, other than any insured actually committing the "abusive act", has knowledge prior to the effective date of this Coverage Part;

e. Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or similar law;

f. Any "abusive act" committed by an "employee" or "volunteer" with a prior criminal conviction for an "abusive act";

g. Any person who actually or allegedly participated in, directed or knowingly allowed any "abusive   act".

**3. Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

d. All costs taxed against the insured in the "suit".

e. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**4. Special Supplementary Payments**

In addition to payments noted in **Supplementary Payments** above, we will reimburse you, only with respect to any claim or "suit" for an "abusive act" to which this insurance applies, for the following expenses you incur:

a. Your reasonable expenses incurred in conducting an internal investigation of or counseling relating to allegations of an "abusive act"; and

b. Your reasonable expenses in retaining the services of a media consultant or public relations professional in response to allegations of an "abusive act".

These reimbursements will not reduce the Limits of Insurance.  However, the most we will reimburse you for the sum of all such expenses, regardless of the number of  "abusive acts", claimants, claims, "suits" or insureds, is the Special Supplementary Payment Limit shown in the Abusive Act Liability Coverage Form Declarations.  We have no obligation to arrange for any of these services or pay any of the service providers on your behalf.

## SECTION II – WHO IS AN INSURED

Each of the following is an insured:

1. You, but only with respect to the conduct of your business described in the Abusive Act Liability Coverage Form Declarations;

2. Your "employees", directors, officers, trustees, clergy, wardens, deacons, elders, teachers, members of the vestry, members of the board of trustees, members of standing committees, members of the board of governors or members of the board of education, but only while any of these persons is performing duties in the conduct of your business described in the Abusive Act Liability Coverage Form Declarations; and

3. Any "volunteer", but only while performing, with your consent, duties in the conduct of your business described in the Abusive Act Liability Coverage Form Declarations.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Abusive Act Liability Coverage Form Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Actual, alleged or threatened "abusive acts";

   c. Claims made or "suits" brought; or

   d. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all "loss" covered under this Coverage Part with respect to any one "policy year."

3. Subject to **2.** above, the Each Abusive Act Limit is the most we will pay for the sum of all "loss" because of "injury" from any one "abusive act". If any "abusive act" or "injury" resulting from that "abusive act" occurs in more than one policy or "policy year" that we have issued to you, we will pay the "loss" arising from such "abusive act" from the limits of insurance of just the one "policy year" in which the "abusive act" began.  Should you not be able to determine exactly which "policy year" was in effect when the "abusive act" began, you can designate the "policy year" that you reasonably believe was in effect at the beginning of the "abusive act" "loss".  We will pay all such "loss" from only the limits of insurance of that designated "policy year".

   We will only pay "loss" in excess of the Each Abusive Act Retention shown in the Abusive Act Liability Coverage Form Declarations.

## SECTION IV – CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.  However, this provision shall not affect our ability to invoke any applicable statute of limitations, statute of repose or similar statute, common law principle or court rule on behalf of the insured.

2. **Duties In The Event of Abusive Act, Claim or Suit.**

   a. You will, as a condition precedent to your rights under this Coverage Part, give to us notice in writing of any "abusive act" or "injury" which may result in a claim or "suit".   To the extent possible, notice should include:

      (1) How, when and where the "abusive act" took place;

      (2) The names and addresses of any injured persons and any witnesses; and

      (3) The nature and description of any "injury" arising out of the "abusive act".

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You will, as a condition precedent to your rights under this Coverage Part:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expenses, without our consent.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**3.   Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.**   To join us as a party or otherwise bring us into a claim or "suit" seeking "loss" from an insured; or

**b.**   To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for any amount that is not payable under the terms of this Coverage Part or that is in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.   Other Insurance**

If other valid and collectible insurance is available to the insured for a "loss" covered under this Coverage Part, our obligations are limited as follows:

**a.   Primary Insurance**

This insurance is primary when no other valid and collectible insurance is available to the insured for a "loss" we cover under this insurance.

**b.   Excess Insurance**

Subject to **c.** below, if other valid and collectible insurance is available to the insured for a "loss" we cover under this insurance, this insurance is excess over that insurance.  When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit".  If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.  We will pay only our share of the amount of "loss", if any, that exceeds the total amount that all such other insurance would pay for the "loss" in the absence of this insurance.

At our request, you will provide us with detailed information regarding all other insurance policies that have been issued to you as well as all other policies under which you could potentially seek coverage if you chose to do so.  Also, at our request, you will tender any claim or "suit" that we designate to any insurer(s) that we designate, and cooperate with us in seeking coverage (including contribution and/or indemnification of any amounts that we pay under this policy) for such claim or "suit" from such insurer(s).

**c.   Non-Cumulation Of Insurance**

In no event may the Limit of Insurance available under this policy be combined in any manner with the limits of insurance of any other insurance written by us or any of our affiliates.

These provisions do not apply to policies expressly written to be excess of this policy.

**5.   Representations**

By accepting this policy, you agree the statements contained in the application and any documents or information submitted with it are true, accurate and complete, and that we have issued this Coverage Part in reliance upon those statements.

**6.   Separation Of Insureds**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.**   As if each Named Insured were the only Named Insured; and

**b.**   Separately to each insured against whom claim is made or "suit" is brought.

**7.   Transfer Of Rights Of Recovery Against Others To Us**

If the insured has the right to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us.  The insured must do nothing after the "loss" to impair them.  At our request, the insured will bring litigation or other proceedings, or transfer those rights to us and help us to enforce them.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

8. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to you written notice of the non-renewal no less than 30 days before the expiration date.  If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1.  "Abusive act" means any act or series of acts of actual or threatened abuse or molestation done to any person, resulting in "injury" to that person, including any act or series of acts of actual or threatened sexual abuse or molestation done to any person, resulting in "injury" to that person, by anyone who causes or attempts to cause the person to engage in a sexual act:

    a.  Without the consent of or by threatening the person, placing the person in fear or asserting undue influence over the person;

    b.  If that person is incapable of appraising the nature of the conduct or is physically incapable of declining participation in or communicating unwillingness to engage in the sexual act; or

    c.  By engaging in or attempting to engage in lewd exposure of the body done with intent to arouse or to satisfy the sexual desire of any person.

    All interrelated or continuous "abusive acts" committed by one person or persons acting in concert, shall be deemed to be one "abusive act".

2.  "Employee" means a person employed by the insured for compensation and includes a "leased worker".  "Employee" does not include a "temporary worker".

3.  "Injury" means physical injury, sickness, disease, mental anguish, mental injury, shock or fright or death of the person(s) who is the subject of an "abusive act".

4.  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.  "Leased worker" does not include a "temporary worker".

5.  "Loss" means those sums that the insured is legally obligated to pay as damages, provided, however, that "loss" will not include:

    a.  Taxes, fines or penalties;

    b.  Any damages awarded for punitive or exemplary purposes or any damages for which the amount is determined by the application of a multiplier, where such amounts are not insurable under applicable law; or

    c.  Any other sums that are uninsurable under the applicable law.

    All claims or "suits" based upon or arising out of or in any way involving the same or related "abusive act" or the same or related series of "abusive acts", shall be deemed to be a single "loss".

6.  "Policy period" means the period of time from the effective date to the expiration date shown in the Abusive Acts Liability Coverage Form Declarations or to any earlier date of termination.

7.  "Policy year" means the period of one year following the effective date of this policy or any anniversary thereof or, if the time between the effective date or any anniversary thereof and the termination of the "policy period" is less than one year, such lesser period.

8.  "Suit" means a civil proceeding in which damages because of  "injury" to which this insurance applies are alleged. "Suit" includes:

    a.  An arbitration proceeding in which such damages are claimed and to which the insured must     submit or does submit with our consent; or

    b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

9.  "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**10.** "Volunteer" means a person who is not your "employee" and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Prior Criminal Conviction Exclusion Deletion



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

Abusive Act Liability Coverage Form

Exclusion **f.** under Paragraph **2.**, **Exclusions** of **Section I – Coverages** is deleted in its entirety.

All other terms and conditions of this policy remain unchanged.

# Hired And/Or Non-Owned Auto Coverage Declarations



**This insurance is provided by:**   *Zurich American Insurance Company*      (A stock insurance company)
*1400 American Lane*
*Schaumburg, IL 60196*
*(800) 382-2150*

**Policy Number:** PRA 9315054-03

Item 1.   **Named Insured:**                                    **Agency Name:**
Civil Search International, LLC                    World Wide Specialty Programs, Inc.
                                                                        **Agency Code:**  93962000

Item 2.   **Policy Period:**   From: 11/25/2017        To: 11/25/2018        12:01 A.M. local time at the address shown above.

Item 3.   Endorsements Effective at Inception:        **See Schedule Of Forms And Endorsements**

Date issued:   11/21/2017

Item 4. **Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos* | Limit<br>The Most We Will Pay For Any One<br>Accident Or Loss | Premium |
|---|---|---|---|
| Liability | 8,9 | $1,000,000 | ███████ |
| Uninsured Motorists | N/A | | |
| Underinsured Motorists | N/A | | |
| Physical Damage Comprehensive Coverage | N/A | See Item 5. | Not Covered |
| Physical Damage Collision Coverage | N/A | See Item 5. | Not Covered |
| | | **Tax/Surcharge/Fee** | N/A |
| | | **Premium For Endorsements** | N/A |
| | | **Total Premium** | ███████ |

*Entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form shows which autos are covered autos.

Item 5. **Schedule Of Hired Or Borrowed Covered Auto and Non-Ownership Coverage And Premiums**

| Hired Or Borrowed Covered Auto and Non-Ownership Liability Coverage | | |
|---|---|---|
| **State** | **Rating Basis -<br>Number of Employees** | **Premium** |
| AZ | 98 | ███████ |
| | **Total Premium** | ███████ |

| Hired Or Borrowed Covered Auto Physical Damage Coverage | | |
|---|---|---|
| **Coverages** | **Limit Of Insurance<br>The Most We Will Pay<br>Deductible** | **Premium** |
| Comprehensive | Actual cash value or cost of repair, whichever is less, minus $1,000 Deductible for each covered auto, but no deductible applies to loss caused by fire or lightning. | Not Covered |
| Collision | Actual cash value or cost of repair, whichever is less, minus $1,000 Deductible for each covered auto. | Not Covered |
| | **Total Premium** | ███████ |

U-SIA-D-100-B CW (06-12)
Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**COMMERCIAL AUTO**
**CA 00 01 03 10**

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the coverage form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2009

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. **Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

12. **War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

13. **Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

### B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

1. The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. $1,000 is the most we will pay for "loss" in any one "accident" to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**b.** Removable from a permanently installed housing unit as described in Paragraph **2.a.** above or is an integral part of that equipment; or

**c.** An integral part of such equipment.

3. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

4. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

1. **Appraisal For Physical Damage Loss**

   If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

   **(1)** How, when and where the "accident" or "loss" occurred;

   **(2)** The "insured's" name and address; and

   **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

   **b.** Additionally, you and any other involved "insured" must:

   **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

   **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

   **(4)** Authorize us to obtain medical records or other pertinent information.

   **(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

   **c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

   **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

   **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

   **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

   **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

3. **Legal Action Against Us**

   No one may bring a legal action against us under this coverage form until:

   **a.** There has been full compliance with all the terms of this coverage form; and

   **b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

4. **Loss Payment – Physical Damage Coverages**

   At our option we may:

   **a.** Pay for, repair or replace damaged or stolen property;

   **b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

   **c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

   If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

   If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

## B. General Conditions

### 1. Bankruptcy

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this coverage form.

### 2. Concealment, Misrepresentation Or Fraud

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This coverage form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this coverage form.

### 3. Liberalization

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

### 4. No Benefit To Bailee – Physical Damage Coverages

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

### 5. Other Insurance

**a.** For any covered "auto" you own, this coverage form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this coverage form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

## 6. Premium Audit

**a.** The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

## 7. Policy Period, Coverage Territory

Under this coverage form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if:

**(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(b)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **a.** Equipment designed primarily for:

    **(1)** Snow removal;

    **(2)** Road maintenance, but not construction or resurfacing; or

    **(3)** Street cleaning;

  **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

  **1.** Damages because of "bodily injury" or "property damage"; or

  **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

  **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

COMMERCIAL AUTO
CA 01 75 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARIZONA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Arizona, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Changes In Conditions**

The **Concealment, Misrepresentation Or Fraud** General Condition is replaced by the following:

**2. Concealment, Misrepresentation Or Fraud**

We will not pay for any "loss" or damage in any case involving misrepresentations, omissions, concealment of facts or incorrect statements:

**a.** That are fraudulent;

**b.** That are material either to the acceptance of the risk, or to the hazard assumed by us; and

**c.** Where, if the true facts had been known to us as required either by the application for the policy or otherwise, we in good faith would either:

**(1)** Not have issued the policy;

**(2)** Not have issued the policy in as large an amount; or

**(3)** Not have provided coverage with respect to the hazard resulting in the "loss".

© Insurance Services Office, Inc., 2012

Wolters Kluwer Financial Services | Uniform Forms™

COMMERCIAL AUTO
CA 02 05 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARIZONA CHANGES – NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the **Cancellation** Common Policy Condition and supersedes any provision to the contrary:

**Nonrenewal**

1. If we decide not to renew this Policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 30 days before the expiration or anniversary date of this Policy.

2. We will mail or deliver our written notice to the first Named Insured's last address known to us.

3. We will not mail or deliver this written notice if:

   a. You have requested or agreed to nonrenewal;

   b. This Policy is expressly designated as nonrenewable;

   c. You have failed to pay a premium when due;

   d. We have offered to issue a renewal policy;

   e. You have insured elsewhere; or

   f. You have specifically requested termination.

4. If notice is mailed, proof of mailing is sufficient proof of notice.

**CA 02 05 05 14**                © Insurance Services Office, Inc., 2013                **Page 1 of 1**

Wolters Kluwer Financial Services | Uniform Forms™

POLICY NUMBER: PRA 9315054-03

COMMERCIAL AUTO
CA 04 44 03 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# waiver of transfer of rights of recovery against others to us (waiver of subrogation)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modi-fied by the endorse-ment.

This endorsement changes the policy effective on the inception date of the policy unless another date is indi-cated

| | |
|---|---|
| **Named Insured:** | Civil Search International, LLC |
| **Endorsement Effective Date:** | 11/25/2017 |

**SCHEDULE**

**Name Of Additional Insured Person(s) Or Organization(s)**
All persons and/or organizations that are required in a written contract or agreement with the insured,  executed prior to the accident or loss, that Waiver of Subrogation be provided under this policy for work performed by you for that person and/or organization.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The **Transfer Of Rights Of Recovery Against Others To Us**
Condition does not apply to the person(s) or organization(s) shown in the Schedule, but only to the extent that subrogation is waived prior to the "accident" or the "loss" under a contract with that person or organization.

POLICY NUMBER: PRA 9315054-03

COMMERCIAL AUTO
CA 20 48 02 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED INSURED

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement Effective: 11/25/2017 | Countersigned By: _Dorothy Taylor_ |
| Named Insured: Civil Search International, LLC | (Authorized Representative) |

## SCHEDULE

**Name of Person(s) or Organization(s):**
Any person or organization to whom or to which you are required to provide additional insured status or additional insured status on a primary, non-contributory basis, in a written contract or written agreement executed prior to loss, except where such contract or agreement is prohibited by law.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to the endorsement.)

Each person or organization shown in the Schedule is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in **Section II** of the Coverage Form.

Copyright, Insurance Services Office, Inc., 1998



**THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND
CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# NOTICE REGARDING TERRORISM PREMIUM
# (FOR COMMERCIAL AUTOMOBILE INSURANCE)

### SCHEDULE*

---

Premium attributable to risk of loss resulting from terrorism for the Commercial Automobile line of insurance :

**1% of Auto Liability Premium.**

---

*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.   Terrorism Risk Insurance Act ("TRIA")**

The Commercial Automobile line is not part of TRIA.   On December 22, 2005, the President of the United States signed the first TRIA extension act into law and, at that time, the Commercial Auto line was removed from the program.   The federal government does not share in Commercial Automobile terrorism losses.

**B.  Disclosure of Terrorism Premium**

We have elected to provide notice to you of the amount of the total policy premium attributable to the risk of loss from terrorism for the Commercial Automobile line of insurance.

Copyright © 2008 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission

# Staffing Industry Amendatory Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9315054-03 | 11/25/2017 | 11/25/2018 | 11/25/2017 | 93962000 | | |

**Named Insured and Mailing Address:**
Civil Search International, LLC
7975 N. Hayden Road
Suite 208
Scottsdale, AZ  85258

**Producer:**
World Wide Specialty Programs, Inc.
68 South Service Road
Suite 235
Melville, NY  11747

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Business Auto Coverage Form**

**A.** The description of Covered Auto Designation Symbol 9 is replaced by the following:
Non-owned "Autos" Only

  **1.** Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs.

  **2.** Non-owned "Autos" includes "autos" you do not own, lease, hire, rent or borrow that are used by a "staffing services worker" or a "PEO worker" in connection with your client's business.

**B.** Changes to **Section V** - Definitions
The following definitions are added:
"PEO service" means staffing related services as a Professional Employer Organization (PEO) you provide to your clients and to "PEO workers" in connection with employment of such workers.
"PEO worker" means a person you lease to your client under a written "PEO service" agreement or contract.
"Staffing services worker" means a person who is furnished by you to your client to perform the duties to which you have agreed.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc. with its permission